# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__  DATE: __10/13/22__

DOCKET NUMBER: __22CR458(LDH)__  Log #: __7:21-8:25; 8:56-9:31__

DEFENDANT'S NAME: __Jin Hua Zhang__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Kevin Morgan__
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: __Benjamin Weintraub__  CLERK: __Felix Chin__

INTERPRETER: __Lisa Lu__  (Language) __Mandarin__

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

    ___ Defendant advised of bond conditions set by the Court and signed the bond.

    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

    ___ (Additional) surety/ies to co-sign bond by _____

    ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __10/13/22__ Stop __11/14/22__

✓ Rule 5f warnings given to the govt.  ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __11/14/22__ @ __9:30__ before Judge __DeArcy-Hall__

Other Rulings: __Dfse counsel presented a bail application with 2 sureties + 2 properties; govt opposed; Court denied the application after examining the surety who owns both properties. Order of detention entered.__