## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__   DATE: __10/13/22__

DOCKET NUMBER: __22CR458(LDH)__   Log #: __9:32 - 10:11__

DEFENDANT'S NAME: __Changgui Huang__
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: __Jeffrey Pittell__
___ Federal Defender ✓ CJA ___ Retained

A.U.S.A: __Benjamin Weintraub__   CLERK: __Felix Chin__
INTERPRETER: __Lisa Lv / Wai Moi__ (Language) __Mandarin__

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
___ DETENTION HEARING Held. ___ Defendant's first appearance.
✓ Bond set at __$120,000__. Defendant ✓ released ___ held pending satisfaction of bond conditions.
✓ Defendant advised of bond conditions set by the Court and signed the bond.
1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody. ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __10/13/22__ Stop __11/14/22__
✓ Rule 5f warnings given to the govt. ___ Medical memo issued.
___ Defendant failed to appear, bench warrant issued.
✓ Status conference set for __11/14/22__ @ __9:30__ before Judge __DeArcy-Hall__

Other Rulings: _____