## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  **Peggy Kuo**            DATE: **10/13/22**

DOCKET NUMBER:  **22CR458(LDH)**        Log #: **5:19 – 5:29**

DEFENDANT'S NAME: **Xin Jin**
✓ Present    __ Not Present    ✓ Custody    __ Bail

DEFENSE COUNSEL: **Ken Womble**
__ Federal Defender    ✓ CJA    __ Retained

A.U.S.A: **Benjamin Weintraub**        CLERK: **Felix Chin**

INTERPRETER: _____ (Language) **Mandarin**

✓ Defendant arraigned on the: ✓ indictment  __ superseding indictment  __ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

__ DETENTION HEARING Held.  __ Defendant's first appearance.

- __ Bond set at _____. Defendant __ released __ held pending satisfaction of bond conditions.
- __ Defendant advised of bond conditions set by the Court and signed the bond.
- __ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- __ (Additional) surety/ies to co-sign bond by _____
- __ After hearing, Court orders detention in custody.  __ Leave to reopen granted

__ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **10/13/22** Stop **11/14/22**

✓ Rule 5f warnings given to the govt.   __ Medical memo issued.

__ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **11/14/22** @ **9:30** before Judge **DeArcy-Hall**

Other Rulings: _____