## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Taryn A. Merkl**              DATE: **10/26/22**

DOCKET NUMBER:    **22CR458(LDH)**          Log #: 12:22 - 12:51

DEFENDANT'S NAME:    **Jin Hua Zhang**
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:    ~~Susan Carman~~  Stephen Scaring
___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A: **Benjamin Weintraub**        CLERK: **Felix Chin**

INTERPRETER: Lily Lau        (Language) **Mandarin**

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.    ___ Defendant's first appearance.

- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Rule 5f warnings given to the govt.    ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Dfse counsel presented a bail application with 4 sureties and 3 properties; govt opposed; court denied the application. Order of detention remains in effect.