Sally J.M. Butler, Attorney at Law
42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 |

November 13, 2022

VIA ECF

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Armand
Docket No, 22-cr-00458

Dear Judge DeArcy Hall:

I represent Mr. Gregory Armand in the above-entitled criminal matter. Defendant Armand waives speedy trial from November 14, 2022 to December 14, 2022. We continue to engage in plea negotiations. Moreover, we have been informed by the government that discovery will be forthcoming in the near future.

Respectfully submitted,

Sally Butler