# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                                                                    P  (718) 514 - 9100
20 VESEY STREET, RM 400                                              F  (917) 210 - 3700
NEW YORK, NY 10007                                      WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

December 14, 2022

**VIA ECF & E-MAIL**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Xin Jin,* 22 Cr. 458 (LDH)

Dear Judge DeArcy Hall:

      I represent Xin Jin in the above-entitled matter and submit this letter to respectfully request that attorney Donald Duboulay (who represents co-defendant Chen Chen) be permitted to stand in for me during this afternoon's status conference. Unfortunately, I am unavailable to be at the conference this afternoon. I have spoken with my client and he consents to this request.

                                                        Respectfully submitted,

                                                        //s//

                                                        Ken Womble
                                                        Counsel for Xin Jin