# CHARLES ALVAREZ, ESQ., LLC

149 Washington Street, 1st Floor │ Bloomfield, New Jersey 07003[α]
Telephone (973) 404-0847 │ Facsimile (551) 666-5094
www.charlesalvarezlaw.com

Charles Alvarez, Esq.[*]   Ivette Ramos Alvarez, Esq.[*]
Charles@charlesalvarezlaw.com   Ivette@charlesalvarezlaw.com

**VIA ECF**

April 11, 2023

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re:  United States v. Yanbin Chen**
            **Docket No. 22-CR-00458-004**

Dear Judge DeArcy Hall:

Please note that I continue to represent Mr. Yanbin Chen in the above referenced matter. Due to illness I am unable to attend today's status conference at 1:00 p.m. I have spoken to co-counsel and Mr. Angelo MacDonald has agreed to stand in for me for me, provided that your Honor approves. I have informed my client and the government regarding my absence from today's proceedings. Thank you.

Respectfully,

*Charles Alvarez*

CHARLES ALVAREZ, ESQ.

Cc: All counsel of record (via ECF)

---

[α] NY office address: 563 W. 139 St., New York, NY 10031
[*] Admitted to the Bars of New York and New Jersey