WK:RB
F. #2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JIN HUA ZHANG et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

22-CR-458 (RER)

    Upon the application of BREON PEACE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Raffaela Belizaire, for an order unsealing the above-captioned matter in its entirety.

    WHEREFORE, it is ordered that the above-captioned matter be unsealed in its entirety.

Dated:   Brooklyn, New York
              April 10, 2023

Hon. Ramon E. Reyes, Jr.
Digitally signed by Hon. Ramon E. Reyes, Jr.
Date: 2023.04.10 11:29:09 -04'00'

HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK