

U.S. Department of Justice

United States Attorney
Eastern District of New York

WK:RB
F. #2021R00629

271 Cadman Plaza East
Brooklyn, New York 11201

April 10, 2023

By E-mail

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Jin Hua Zhang, et al.
               Criminal Docket No. 22-CR-458

Dear Judge Reyes:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety. All defendants have been taken into federal custody pursuant to arrest warrants and accordingly there is no longer a reason for the matter to remain sealed. A proposed order is enclosed.

      Respectfully submitted,

      BREON PEACE
      Acting United States Attorney

By:      /s/
      Raffaela Belizaire
      Assistant U.S. Attorney
      (718) 254-6295

Enclosure

cc:    Clerk of Court (by Email)