BDM:FR
F. # 2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | BILL OF PARTICULARS |
| – against – | Criminal Docket No. 22-CR-458 (LDH) |
| JIN HUA ZHANG *et al.,* | |
| Defendants. | |

– – – – – – – – – – – – – – – – X

       The United States of America, by and through BREON PEACE, United States Attorney, for the Eastern District of New York, and Benjamin Weintraub, Miranda Gonzalez, and Raffaela Belizaire, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

       The above-captioned Indictment seeks forfeiture of property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 982(a)(6)(A), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).  The United States hereby gives notice that, in addition to the property described in the forfeiture allegations in the Indictment, the United States seeks forfeiture of all right, title and interest in (a) approximately one hundred five thousand five hundred dollars and zero cents ($105,500.00) in United States currency seized on or about October 13, 2022 in Staten Island, New York, and all proceeds traceable thereto, and (b) approximately one thousand two hundred fourteen dollars and zero Cents ($1,214.00) in United States currency seized on or about October 13, 2022 in Staten Island, New York, and all proceeds traceable thereto, pursuant to (i) Title 18, United States Code,

Section 981(a)(1)(C), as property, real or personal, constituting or derived from proceeds obtained directly or indirectly as the result of violations of Title 18, United States Code, Sections 371 and 1349, (ii) Title 18, United States Code, Section 982(a)(1), as property, real or personal, involved in violations of Title 18, United States Code, Sections 1956(h), 1957(a) and 1960(a), and (iii) Title 18, United States Code, Section 982(a)(6)(A), as any conveyance, including any vessel, vehicle, or aircraft used in the commission of violations of Title 18, United States Code, Sections 371 and 1543, and any property, real or personal that constitutes, or is derived from or is traceable to, proceeds obtained directly or indirectly from the commission of such offenses, or that is used to facilitate, or is intended to be used to facilitate, the commission of such offenses.

        The United States reserves the right to supplement or amend this Bill of Particulars.

Dated:    Brooklyn, New York
           April 12, 2023

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

By:            /s/
           Benjamin Weintraub
           Miranda Gonzalez
           Raffaela Belizaire
           Assistant United States Attorneys
           (718) 254-7000