MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Ramon E. Reyes            DATE: 4/10/23

DOCKET NUMBER: 22-CR-458(LDH)         FTR #: 3:18 - 3:32

DEFENDANT'S NAME: Cunnhong Liu
  _X_ Present   ___ Not Present   _X_ Custody   ___ Bail

DEFENSE COUNSEL: Glen Monak + Alan Abramson
  ___ Federal Defender   ___ CJA   _X_ Retained

A.U.S.A.: Raffaela Belizaire for Ben Weintraub   CLERK: M. Sica

INTERPRETER: Lily Lau            (Language) Fuzhou

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

    ___ Bond set at _____.
    Defendant ___ released ___ held pending satisfaction of bond conditions.
    ___ Defendant advised of bond conditions set by the Court and signed the bond.
    ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 4/10/23 Stop 4/11/23.

_X_ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_✓_ Status conference set for 4/11/23 @ 1pm before Judge DeArcy Hall

Other Rulings: Bradstet Rule 5f ordered on the record; written order to follow.