# ABRAMSON & MORAK

ATTORNEYS AT LAW

75 MAIDEN LANE, SUITE 607

NEW YORK, NEW YORK 10038

www.abramsonmorak.com

ALAN M. ABRAMSON*
GLENN H. MORAK
MICHAEL MARINO

*MEMBER OF NEW YORK AND CONNECTICUT BARS

(212) 226-7098
FAX (212) 226-4559

July 10, 2023

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States of America v. Cunzhong Liu
Ind. No.: 22-CR-458 (LDH)

Dear Judge DeArcy Hall,

    Please accept this letter as acknowledgment of receipt of and our agreement to be bound by the Stipulation and Protective Order filed on January 27, 2023, under Docket Entry 120 on behalf of our client, Cunzhong Liu.

Very truly yours,

Glenn Morak

cc: all parties by ECF