# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE      Ramon E. Reyes Jr.               DATE :  8/30/2023

DOCKET NUMBER:       22-CR-458(LDH)                LOG # :   11:25-12:21

DEFENDANT'S NAME :       Jia hui Miao
         X    Present         Not Present           Custody        X    Bail

DEFENSE COUNSEL:       Angelo MacDonald
          Federal Defender           CJA          X    Retained

A.U.S.A:     Miranda Gonzalez/ Raphaela Belizaire        CLERK:    M. Sica

Interpreter :  Nancy Wu                             (Language)    Mandarin

 X    Defendant arraigned on the:     indictment     superseding indictment  X   pretrial violation

___    Defendant pleads NOT GUILTY to ALL counts.

___    DETENTION HEARING Held.         Defendant's first appearance.

   X    Bond set at modified   $250,000.00    Defendant  X  released ___ held pending satisfaction of bond conditions.

   X    Defendant advised of bond conditions set by the Court and signed the bond.

   1    Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___    (Additional) surety/ies to co-sign bond by _____

___    After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___    Temporary Order of Detention Issued.  Bail Hearing set for _____

___    At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___    Order of Excludable Delay/Speedy Trial entered.   Start_____ Stop _____
___    Medical memo issued.

___    Defendant failed to appear; bench warrant issued.

___    Status conference set for _____ @ _____ before Judge _____

Other Rulings : The Government stated on the record the violations and reason that the defendant should be detained on the violation.   Defense argued that the defendant should remain on bond as stated on the record.  The Court granted the defendant remain at liberty as stated on the record with additional conditions and an additional surety.  The defendant remains on release.