UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States of America
_____,

                Plaintiff,

v.                                    Case No.: 22-cr-00458-LDH-JRC-1

Jin Hua Zhang
_____,

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE JAMES R. CHO

      United States Magistrate Judge James R. Cho has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge James R. Cho. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge James R. Cho.

_____
Defendant

_____
Attorney for the Defendant

Breon Peace
United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney

Dated: 11/16/23
Brooklyn, New York

_____
s/ James R. Cho
James R. Cho
United States Magistrate Judge
Eastern District of New York