# THE KASEN & LIU LAW FIRM, PLLC
ATTORNEYS AT LAW

| | |
|---|---|
| Lawrence M. Kasen, Member (Retired) * | *   Admitted in NY, SC |
| Fang Liu, Member ** | **   Admitted in NY, NJ |
| Aleksander B. Milch *** | ***   Admitted in NY |
| Robert J. Adinolfi *** | ****   Admitted in NY, CT |
| Chenchen Yan *** | |
| Louis H. Klein **** | |
| Tzu-Hsiang Chou *** | |

January 16, 2024

District Court Judge Lashan De Arcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re**: HUA ZHOU ;1:22-cr-00458-LDH; LETTER MOTION TO MODIFY CONDITIONS OF RELEASE TO ATTEND A WEDDING ON FEBRUARY 11, 2024-FEBRUARY 12, 2024.**

May it please the Court:

    I represent co-defendant HUA ZHOU. As part of his conditions of release, HUA SHOU has a curfew and must be confined to his residence by 8: 00 pm. HUA ZHOU would like to attend a Chinese New Year Celebration at the following dates, times and locations:
  A.  On February 11, 2024 Pacific Palace, 813 55th Brooklyn NY 11220 which begins at 8:pm -10:30 am
  B.  On  February 12, 2024 Ocean 6015, 6015 5th Avenue, Brooklyn, NY 11:00 PM 04;30 am.

    The Conditions of Release order in this case provides for a curfew to be set by Pretrial Services –which was set at 8:00 pm during weekdays.

Respectfully submitted,

/s/ ROBERT J. ADINOLFI
ROBERT J. ADINOLFI, ESQ

---