# THE CARMAN LAW OFFICE

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

March 7, 2024

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Jin Hua Zhang et. al.*
      *Docket No. 22-cr-00458*

Dear Judge DeArcy Hall:

I represent Mr. Zhang in the above-entitled criminal matter. Please accept this letter requesting that the appearances of Mr. Zhang and counsel be excused for purposes of today's status conference and any future status conferences given his guilty plea.

Thank you for your courtesy.

Very truly yours,

JOHN F. CARMAN
(JC 7149)

cc: Benjamin Weintraub
    Assistant United States Attorney (VIA ECF)

   Miranda Gonzalez
   Assistant United States Attorney (VIA ECF)

   Stephen P. Scaring, Esq.