UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    22-CR-458 (7) (LDH)

- against -

XIN JIN CHEN, (by SJB)

Defendant.

- - - - - - - - - - - - - - - - - - - -X

SANKET J. BULSARA, U.S.M.J.:

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE SANKET J. BULSARA

United States Magistrate Judge (by SJB) Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

_____        Xing Jin chen
Assistant United States Attorney, E.D.N.Y   _____
                                             XIN JIN CHEN (by SJB)
                                             Defendant

                                             _____
                                             ARTHUR KENNETH WOMBLE JR.
                                             Attorney for the Defendant

By:  **BREON S. PEACE**
     **United States Attorney**

Dated: Brooklyn, New York
       March 20, 2024

COURT EXHIBIT

#1