```
                    UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK (BROOKLYN)
    ---------------------------:
    UNITED STATES OF AMERICA,   :Case No.: 22-cr-0458
                 Plaintiff,     :
         v.                     :Brooklyn, New York
                                :October 13, 2022
                                :Time: 5:19 p.m. - 5:29 p.m.
    XIN JIN,                    :
    YANBIN CHEN,                :
                 Defendants.:
    ---------------------------:


              TRANSCRIPT AND STATUS CONFERENCE HEARING

                 BEFORE THE HONORABLE PEGGY KUO

                 UNITED STATES MAGISTRATE JUDGE




    APPEARANCES:

    For Government:      UNITED STATES ATTORNEY'S OFFICE
                         BY:  Benjamin Weintraub, AUSA
                         271-A Cadman Plaza East
                         Brooklyn, New York 11201


    For Defendant:       ZEMAN & WOMBLE, LLP
    Xin Jin              BY:  Kenneth Womble, Jr., Esq.
                         20 Vesey Street - Room 400
                         New York, New York 10007


    For Defendant:       THE LAW OFFICE OF CHARLES ALVAREZ
    Yanbin Chen          BY:  Charles Alvarez, Esq.
                         563 West 139th Street
                         New York, New York 10031




    Proceedings recorded by electronic sound recording;
    Transcript produced by transcription service




           AMM TRANSCRIPTION SERVICE - 631.334.1445
```

1            THE DEPUTY CLERK:  Criminal cause for
2   arraignment; case number: 22-cr-458, United States
3   versus Yanbin Chen and Xin Jin.
4            Counsel, starting with government, please
5   state your appearances.
6            MR. WEINTRAUB:  Good afternoon, Your Honor.
7   Benjamin Weintraub for the United States.
8            MR. WOMBLE:  For Xin Jin, Ken Womble.  Good
9   evening, Your Honor.
10           THE COURT:  Good evening.
11           MR. ALVAREZ:  Good evening.  Charles Alvarez
12  on behalf of Mr. Yanbin Chen, who's present to my left.
13           THE DEPUTY CLERK:  Also Present is a Mandarin
14  interpreter, Nancy Wu.  Please be sworn.
15           THE INTERPRETER:  Yes.
16           THE COURT:  Mr. Chen and Mr. Jin, the purpose
17  of the proceeding today is to make sure you understand
18  your rights and what you're charged with and to
19  determine whether you should be released on bail or
20  held in jail.
21           You have the right to remain silent.  You
22  don't need to make any statements.  If you've made any
23  statements, you don't need to make anymore.  If you
24  start to make a statement, you can stop at any time.
25  Any statements you do make can be used against you.

```
 1                  You have the right to an attorney.  If you
 2      cannot afford one, the Court will appoint someone to
 3      represent you.
 4                  Mr. Chen, you've submitted a financial
 5      affidavit, and based on that information, I see that
 6      you are eligible to have a court-appointed lawyer, and
 7      I will appoint Mr. Alvarez to represent you.
 8                  Mr. Jin, according to your financial
 9      affidavit, you, too, are entitled to a court-appointed
10      lawyer, and I will appoint Mr. Womble to represent you.
11                  Mr. Chen, you have been charged by a grand
12      jury with conspiracy to commit bank fraud, bank fraud,
13      conspiracy to operate an unlicensed money transmitting
14      business, operation of an unlicensed money transmitting
15      business, conspiracy to commit money laundering, money
16      laundering, conspiracy to commit passport fraud and
17      passport fraud.
18                  Did you receive a copy of the indictment?
19                  DEFENDANT CHEN:  Yes, I have.
20                  THE COURT:  Did you have a chance to talk to
21      your lawyer about the indictment?
22                  DEFENDANT CHEN:  Yes, I have.
23                  THE COURT:  Do you understand what you're
24      being charged with?
25                  DEFENDANT CHEN:  I do.
```

```
 1              THE COURT:  Do you want me to read the charges
 2   out loud or do you waive a public reading?
 3              DEFENDANT CHEN:  You do not need to read it to
 4   me.
 5              THE COURT:  How do you plead to the charges in
 6   the indictment; guilty or not guilty?
 7              DEFENDANT CHEN:  I plead not guilty.
 8              THE COURT:  All right.  Thank you.
 9              Mr. Jin, you have been charged by a grand jury
10   with conspiracy to commit bank fraud, bank fraud,
11   conspiracy to operate an unlicensed money transmitting
12   business, operation of an unlicensed money transmitting
13   business, conspiracy to commit money laundering, money
14   laundering, conspiracy to commit passport fraud and
15   passport fraud.
16              Did you get a copy of the indictment?
17              DEFENDANT JIN:  Yes, I have.
18              THE COURT:  Did you have a chance to talk to
19   your lawyer about it?
20              DEFENDANT JIN:  Yes.
21              THE COURT:  Do you understand what you're
22   charged with?
23              DEFENDANT JIN:  Yes, I do.
24              THE COURT:  Do you want me to read the charges
25   out loud or do you waive a public reading?
```

AMM TRANSCRIPTION SERVICE - 631.334.1445

```
 1                    DEFENDANT JIN:  I do not need that.
 2                    THE COURT:  How do you plead to the charges;
 3       guilty or not guilty?
 4                    DEFENDANT JIN:  Not guilty.
 5                    THE COURT:  I will now remind the prosecution
 6       of its obligation under Brady v. Maryland and its
 7       progeny to disclose to the defense all information,
 8       whether admissible or not, that is favorable to the
 9       defendant, material either to guilt or to punishment,
10       and known to the prosecution.
11                    The prosecution must make good faith efforts
12       to disclose such information to the defense as soon as
13       reasonably possible.  I will be entering a written
14       order that more fully describes this obligation and the
15       possible consequences of failing to meet it, and I
16       direct the prosecution to review and comply with that
17       order.
18                    Mr. Weintraub, does the prosecution confirm
19       that it understands its obligations and will fulfill
20       them?
21                    MR. WEINTRAUB:  Yes, Your Honor.
22                    THE COURT:  All right.  Thank you.
23                    Is the government seeking detention in this
24       case?
25                    MR. WEINTRAUB:  Yes, Your Honor.  Both of the
```

1    defendants are similarly situated here with respect to
2    the detention argument.  Both of them are chinese
3    citizens.
4            Yanbin Chen has a green card.  However, Xin
5    Jin does not.  He is in this country unlawfully.  And
6    more importantly, both of them are charged with
7    passport fraud.  Both of them have access to fake
8    passports and have used fake passports in furtherance
9    of the crimes with which they are charged.  The
10   evidence against them in respect to those charges is
11   very strong.  And for that reason, as the indictment
12   lays out, the detention memo lays out, these
13   individuals regularly use fake passports.  They create
14   bank accounts under fake names.  They conduct
15   transactions using fake passports.  They're not U.S.
16   Citizens.  They present a tremendous flight risk,
17   especially given that the country that they are
18   citizens of, China, is not a country that would
19   extradite, certainly not one of their own citizens.
20           And so the access to fake passports, it's not
21   just like one fake passport.  The investigation has
22   shown that they have access to multiple fake passports,
23   and the lack of citizenship presents a tremendous
24   flight risk.
25           THE COURT:  So is the basis of the detention

```
 1    that they pose a serious flight risk?
 2              MR. WEINTRAUB:  Yes, Your Honor.
 3              THE COURT:  All right.  I'll hear from the
 4    defendants.
 5              MR. WOMBLE:  Your Honor, on behalf of Mr. Jin,
 6    we are consenting to detention at this time, but we
 7    would request the opportunity to raise the issue of
 8    bail once we're able to have more appropriate time to
 9    try to put a package together.
10              THE COURT:  All right.  So based on the
11    information that I've been given, I find that the
12    defendant does pose a serious risk of flight and that
13    there are no conditions or set of conditions that can
14    assure his appearance in court.
15              So I will order his detention with leave, of
16    course, to make a bail application if you have further
17    information.
18              And with regard to Mr. Chen?
19              MR. ALVAREZ:  Thank you, Judge.
20              On behalf of Mr. Chen, I have received the
21    government's detention motion and Pretrial's bail
22    report, which, likewise, recommends detention.  So we
23    will consent to detention without prejudice to return
24    on short notice with a bail package once we are able to
25    put one together.

              AMM TRANSCRIPTION SERVICE - 631.334.1445
```

```
 1              THE COURT:  All right.  So, similarly, I find
 2    that there is a serious risk of flight, and there are
 3    no conditions or set of conditions that will assure
 4    that Mr. Chen will appear in court.
 5              So I will order his detention with leave to
 6    make a bail application as you develop further
 7    information.
 8              MR. ALVAREZ:  Thank you.
 9              THE COURT:  All right.  Is consular
10    notification appropriate in this case?
11              MR. WEINTRAUB:  It is.  It has been provided.
12              THE COURT:  Okay.  Thank you.
13              Is there anything else from either defendant?
14              Mr. Womble?
15              MR. WOMBLE:  Nothing further on behalf of Mr.
16    Jin.
17              THE COURT:  Mr. Alvarez?
18              MR. ALVAREZ:  Nothing on behalf of Mr. Chen.
19              THE COURT:  And from the government?
20              MR. WEINTRAUB:  No, Your Honor.
21              THE COURT:  All right.  Thank you, everyone.
22              Sorry.  Okay.  Apologies.
23              MR. WEINTRAUB:  We do have an initial status
24    conference before Judge DeArcy Hall on November 14th at
25    9:30 a.m.
```

AMM TRANSCRIPTION SERVICE - 631.334.1445

```
 1              THE COURT:  And I see that there's a request
 2    to exclude time.
 3              MR. WEINTRAUB:  Yes, Your Honor.  The
 4    government has filled out the form, as has counsel for
 5    the defendants, and I believe the defendants have
 6    signed the form.  And there is a motion to exclude time
 7    between now and then so that the government can make
 8    some discovery, and, perhaps, engage in some
 9    discussions with defense counsel regarding a possible
10    resolution of this matter short of trial.
11              THE COURT:  All right.  And Mr. Alvarez?
12              MR. ALVAREZ:  That's correct, Judge.
13              THE COURT:  Okay.  Let me advise your clients
14    what this means.
15              Under the Speedy Trial Act, you're entitled to
16    have a trial within 70 days.  Your lawyers and the
17    lawyers for the government have agreed not to count the
18    time between now and November 14th in those 70 days.
19    They say that they need more time to discuss your case,
20    with the possibility that they can resolve it without
21    the need for trial.
22              Do you agree not to count the time between now
23    and November 14th?  Mr. Chen?
24              DEFENDANT JIN:  Yes.
25              THE COURT:  And Mr. Jin?

              AMM TRANSCRIPTION SERVICE - 631.334.1445
```

```
 1                  DEFENDANT CHEN:  Yes.
 2                  THE COURT:  All right.
 3                  MR. ALVAREZ:  Judge, just to -- I apologize,
 4      Judge.  This is Mr. Chen.  Did you say Jin or Chen?
 5                  THE COURT:  I said Mr. Chen first and then Mr.
 6      Jin.
 7                  MR. ALVAREZ:  I think we may have answered it
 8      out of order.
 9                  THE COURT:  Okay.  As long as both of them
10      said "yes" I think that is fine.
11                  All right.  So I find that the ends of justice
12      are served by excluding the time between now and
13      November 14th, and I will sign these orders of
14      excludable delay.
15                  Thank you very much.
16                  MR. ALVAREZ:  Thanks, Judge.
17
18
19
20
21
22
23
24
25

              AMM TRANSCRIPTION SERVICE - 631.334.1445
```

```
 1
 2                    C E R T I F I C A T E
 3
 4         I, Adrienne M. Mignano, certify that the
 5    foregoing transcript of proceedings in the case of
 6    United States of America v. Xin Jin, et al,
 7    Docket #22CR458 was prepared using digital
 8    transcription software and is a true and accurate
 9    record of the proceedings.
10
11
12    Signature    _Adrienne M. Mignano_____
13              ADRIENNE M. MIGNANO, RPR
14
15    Date:       March 20, 2024
```