

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RSB
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2024

By ECF and Email

Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Cunzhong Liu
       Criminal Docket No. 22-458 (LDH)

Dear Judge Bulsara:

  Attached please find the elements sheet related to Cunzhong Liu used at defendant's guilty plea that took place on March 22, 2024.

          Very truly yours,

          BREON PEACE
         United States Attorney

       By: /s/
         Raffaela S. Belizaire
         Assistant U.S. Attorney
         (718) 254-6295

cc: Clerk of the Court (SJB)
   Glenn H. Morak and Alan M. Abramson (counsels for defendant)

BW/MG/RB
F. #2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ELEMENTS SHEET |
| - against - | 22-CR-458 (LDH) (SJB) |
| CUNZHONG LIU, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

The government respectfully submits this elements sheet to advise the Court of the elements of Count Eleven of the above-captioned indictment, which charges the defendant CUNZHONG LIU with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

Count Eleven – Conspiracy to Commit Money Laundering

The elements of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) are as follows:

1. There was an agreement between two or more persons to commit money laundering, and

2. The defendant knowingly and intentionally became a member of the conspiracy.[1]

---

[1] Adapted from Jury Instruction, United States v. Napout, 15-CR-252 (PKC) (Dec. 26, 2017) (ECF No. 872).

The elements of money laundering in violation of 18 U.S.C. § 1957(a) are as follows:

      1.      The defendant engaged in a monetary transaction in or affecting interstate commerce;

      2.      The monetary transaction involved criminally derived property of a value greater than $10,000;

      3.      The property was derived from specified unlawful activity;

      4.      The defendant acted with knowledge that the transaction involved proceeds of a criminal offense; and

      5.      The transaction took place in the United States, or the defendant is a United States citizen, national, or permanent resident.[2]

Dated: Brooklyn, New York
       March 21, 2024

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney
                              Eastern District of New York

               By:       /s/
                              Benjamin Weintraub
                              Miranda Gonzalez
                              Raffaela Belizaire
                              Assistant United States Attorneys
                              (718) 254-7000

cc:    Glenn H. Morak, Esq.
        Alan M. Abramson, Esq.

---

[2] Adapted from Sand, <u>Modern Federal Jury Instructions</u>, Instruction 50A-26.