| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

May 1, 2024

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: U.S. v. Chen Chen Luo
     22 Cr. 458 (LDH)

Dear Judge DeArcy Hall :

    I represent Mr. Chen Chen Luo in the above referenced matter. I write with the consent of the Government and Pre-Trial services to respectfully request a modification of the bail conditions in this matter; to allow Mr. Luo to travel to the Mohegan Sun resort in Uncasville Ct 06382 to attend a show for a visiting Chinese performer on May 4, 2024. He will be traveling by car, spend the night at the resort and return to the EDNY the following day May 5, 2024.

    As stated above. Pre-trial services and the Government consent to this request.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,<br><br>/s/ Donald duBoulay, Esq.

cc.: Raffela Bellazaire, Assistant U.S. Attorney (via ECF)
     Samantha Eden, USPO, Pre-trial Services