

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MG
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2024

<u>By ECF and Email</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Cunzhong Liu
                <u>Criminal Docket No. 22-458 (LDH)</u>

Dear Judge DeArcy Hall:

      On March 22, 2024, the defendant Cunzhong Liu pleaded guilty before the Honorable Sanket J. Bulsara, United States Magistrate Judge, to Count Eleven of the Indictment in the above-captioned matter. This Court has scheduled the defendant's sentencing for October 25, 2024, at 12:00 p.m. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

      The government encloses as Exhibits A and B, respectively: (1) a transcript of the March 22, 2024, plea hearing, during which Judge Bulsara recommended that this Court accept the defendant's guilty plea (<u>see</u> Ex. A at 43:3-5); and (2) a proposed Order.

                                                     Very truly yours,

                                                     BREON PEACE
                                                     United States Attorney

                           By:     /s/_____
                                       Miranda Gonzalez
                                       Assistant U.S. Attorney
                                       (718) 254-6183

cc:    Clerk of the Court (LDH)
        Glenn H. Morak, Esq. and Alan M. Abramson (counsel for defendant)