TRULINCS 26508510 - MIAO, JIAHUI - Unit: BRO-G-B

----------------------------------------------------------------------

FROM: 26508510
TO:
SUBJECT:
DATE: 05/23/2024 06:34:47 PM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 29 2024 ★

BROOKLYN OFFICE

The United States District Court
For The Easter District Of New York

United States American
V. Jiahui Miao

Case No. 22 CR 458

PRO SE MOTION FOR NEW COUNSEL

The defendant, Jiahui Miao respectfully move this court to appoint new counsel for the following reasons.

1. Communication Issues: The defendant and current counsel are experiencing significant communication issues, hindering the ability to effectively prepare for the defense.

2. Effective Representation: Due to the lack of communication, the defendant believes that the current counsel can not provide effective representation.

3. Defendant Request: The defendant no longer wishes to proceed with current counsel. and request the appointment of new counsel to ensure a fair trial.

Respectfully Submitted

/S/
Jiahui Miao

CC:Clerk Of Court

JIAHUI MIAO #26508510
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

United States District Court Eastern
District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

NEW YORK NY 100
24 MAY 2024 PM 7 L