BW/MG/RB
F. #2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ELEMENTS SHEET |
| - against - | 22-CR-458 (LDH) (SJB) |
| YANBING CHEN,<br>    also known as "Yehua Huang" and<br>    "Yun Ye,"| |
|                    Defendant. | |

- - - - - - - - - - - - - - - - - X

The government respectfully submits this elements sheet to advise the Court of the elements of Count Eleven of the above-captioned indictment, which charges the defendant YANBING CHEN with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

Count Eleven – Conspiracy to Commit Money Laundering

The elements of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) are as follows:

1. There was an agreement between two or more persons to commit money laundering, and

2. The defendant knowingly and intentionally became a member of the conspiracy.[1]

---

[1] Adapted from Jury Instruction, United States v. Napout, 15-CR-252 (PKC) (Dec. 26, 2017) (ECF No. 872).

The elements of money laundering in violation of 18 U.S.C. § 1957(a) are as follows:

    1.    The defendant engaged in a monetary transaction in or affecting interstate commerce;

    2.    The monetary transaction involved criminally derived property of a value greater than $10,000;

    3.    The property was derived from specified unlawful activity;

    4.    The defendant acted with knowledge that the transaction involved proceeds of a criminal offense; and

    5.    The transaction took place in the United States, or the defendant is a United States citizen, national, or permanent resident.[2]

---

[2] Adapted from Sand, Modern Federal Jury Instructions, Instruction 50A-26.

Count Twenty-Six – Aggravated Identify Theft

The elements of aggravated identity theft in violation of 18 U.S.C. § 1028A are as follows:

1. The defendant knowingly transferred, possessed, or used a means of identification of another person;

2. The defendant used the means of identification during and in relation to the offense of felony violation enumerated in subsection (c)[3]; and

3. The defendant acted without lawful authority.[4]

Dated: Brooklyn, New York
      June 13, 2024

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney
                            Eastern District of New York

By:       /s/_____
      Benjamin Weintraub
      Miranda Gonzalez
      Raffaela Belizaire
      Assistant United States Attorneys
      (718) 254-7000

cc:    Lance Lazzaro, Esq.

---

[3] 18 U.S.C. § 1028(A)(c)(5) states that "[f]or purposes of this section, the term 'felony violation enumerated in subsection (c)' means any offense that is a felony violation of . . . any provision contained in chapter 63 (relating to mail, bank, and wire fraud)." This includes bank fraud.

[4] Adapted from Sand, et al., Modern Federal Jury Instructions, Instruction 39A-51.