TRULINCS 26508510 - MIAO, JIAHUI - Unit: BRO-G-B

---

FROM: 26508510
TO:
SUBJECT:
DATE: 07/15/2024 11:46:39 AM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2024 ★
BROOKLYN OFFICE

To :
Judge LaShann De Arcy Hall

Reference:
Case : 1:22-cr-00458-LDH-9

Good morning, I hope you are doing well when you receive this letter.

I have a few questions regarding with the motion I was filling for my case on 10/25/2023.

- As up today unfortunately I haven't received any response whatsoever and I am still at MDC Brooklyn just waiting to move forward and try to work on my case.

- When I got remanded to MDC Brooklyn I told my attorney that I wanted to appeal for my remand order, and he is not helping me so far, neither he told me that there were a 30 days maximum time for that appeal. I have been here in very harsh conditions. I have no option to send emails, I cant have access to legal information to research since I have been in Lockdown almost all the time. This is a real nightmare for me and this is affecting me psicologically since I feel very unsecure surrounded by bad people and gangs. Is there any way I can have an appeal for this remand order so I can try to have a bail again?. I don't have legal experience and I am trying my best to communicate with you. Please I appreciate if you can help me in anyway you can.

- About the change in my attorney, I asked him for the discovery, I called him several times, I wanted to talk with him, but so far I haven't received anything from him at all.

I feel that my rights have been violated, I honestly believe in the US law system, and I believe the US government should protect my rights, I am in custody and I haven't been sentenced yet, but I feel that I have been treat as a convicted person already.

Thank you so much for reading my letter and I really appreciate all the help you can provide me, I am just desperate and I feel I have been forgotten in the system.

Regards

Jiahui Miao
# 26508510
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

JIAHUI MIAO #26502656
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232.

United States District Court
Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 18 2024
BROOKLYN OFFICE