```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA      *    Case No. 22-CR-458(LDH)
                              *
                              *    Brooklyn, New York
                              *    October 13, 2022
     v.                       *
                              *
JIAHU MIAO, HUA ZHOU,         *
                              *
          Defendants.         *
                              *
* * * * * * * * * * * * * * *

          TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
                BEFORE THE HONORABLE PEGGY KUO
                UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Government: | BENJAMIN WEINTRAUB, ESQ.<br>Asst. United States Attorney<br>United States Attorney's Office<br>271 Cadman Plaza<br>Brooklyn, NY 11201 |
| For the Defendant,<br> Jiahu Miao: | LINA LI, ESQ.<br>3712 Prince Street<br>Suite 11A<br>Flushing, NY  11354 |
| For the Defendant,<br> Hua Zhou: | PETER J. GUADAGNINO, ESQ.<br>30 Wall Street, 8th floor<br>New York, NY  10005 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**Shelton, CT 06484 (203)732-6461**

1           (Proceedings commenced at 6:52 p.m.)
2                   THE CLERK:  Criminal cause for arraignment, case
3      no. 22-CR-458, United States vs. Jiahu Miao and Hua Zhou.
4                   Counsel, starting with the government, please state
5      your appearances.
6                   MR. WEINTRAUB:  Good evening.  Benjamin Weintraub
7      for the United States.
8                   MS. LI:  Lina Li, appearing on behalf of Jiahu
9      Miao.
10                  MR. GUADAGNINO:  Good evening, Your Honor.  Peter
11     Guadinino appearing for Mr. Hua Zhou.
12                  THE CLERK:  Also present is a Mandarin interpreter,
13     Lisa Lu, previously sworn.
14                  THE COURT:  All right. Good evening, everyone.
15                  Mr. Miao and Mr. Zhou, the purpose of the
16     proceeding today is to make sure you understand your rights,
17     what you're charged with and to determine whether you should
18     be released on bail or held in jail.
19                  You have the right to remain silent.  You don't
20     need to make any statements.  If you've made any statements,
21     you don't need to make anymore.  If you start to make a
22     statement, you can stop at any time.  Any statements you do
23     make can be used against you.
24                  You have the right to an attorney. If you cannot
25     afford an attorney, the court will appoint someone to

1    represent you.

2            Mr. Zhou, you've presented an affidavit attesting
3    to your financial situation and I see that you're eligible to
4    have a court-appointed lawyer, so I will appoint Mr.
5    Guadagnino to represent you.

6            Mr. Miao, you've been indicted and charged by a
7    grand jury with conspiracy to operate an unlicensed money
8    transmitting business, operating a money operating
9    transmitting business, conspiracy to commit money laundering
10   and money laundering.

11           Did you receive a copy of the indictment, Mr. Miao?
12           DEFENDANT MIAO:  Yes, Your Honor.
13           THE COURT:  Did you have a chance to talk to your
14   lawyer about it?
15           DEFENDANT MIAO:  Yes.
16           THE COURT:  Do you understand what you're charged
17   with?
18           DEFENDANT MIAO:  Yes, I understand.
19           THE COURT:  Do you want me to read the charges out
20   loud, or do you waive a public reading?
21           DEFENDANT MIAO:  No, Your Honor.
22           THE COURT:  And so I take that to mean you are
23   waiving a public reading?
24           DEFENDANT MIAO:  Yes.
25           THE COURT:  How do you plead to the charges against

```
 1      you; guilty or not guilty?
 2              DEFENDANT MIAO:  Not guilty.
 3              THE COURT:  Thank you.
 4              MR. Zhou, you've been indicted by the grand jury
 5      and charged with conspiracy to operate an unlicensed money
 6      transmitting business, operation of an unlicensed money
 7      transmitting business, conspiracy to commit money laundering,
 8      and money laundering.
 9              Did you receive a copy of the indictment?
10              DEFENDANT ZHOU:  Yes.
11              THE COURT:  Did you have a change to talk to your
12      lawyer about it?
13              DEFENDANT ZHOU:  Yes.
14              THE COURT:  Do you understand what you are charged
15      with?
16              DEFENDANT ZHOU:  Yes.
17              THE COURT:  Do you want me to read the charge out
18      loud, or do you waive a public reading?
19              DEFENDANT ZHOU:  No, Your Honor.
20              THE COURT:  How do you plead to the charges; guilty
21      or not guilty?
22              DEFENDANT ZHOU:  Not guilty.
23              THE COURT:  All right.  Thank you.
24              Has there been consular notification?
25              MR. GUADAGNINO:  Yes, Your Honor.
```

5

1  THE COURT: I remind the prosecution of its
2  obligation under *Brady vs. Maryland* and its progeny to
3  disclose to the defense all information, whether admissible
4  or not, that is favorable to the defendant, material either
5  to guilt or to punishment and known to the prosecution.
6  The prosecution must make good faith efforts to
7  disclose such information to the defense as soon as
8  reasonably possible.
9  I will be entering a written order that more fully
10 describes this obligation and the possible consequences of
11 failing to meet it. I direct the prosecution to review and
12 comply with that order.
13 Does the prosecution confirm that it understands
14 its obligations and will fulfill them?
15 MR. GUADAGNINO: Yes, Your Honor.
16 THE COURT: Thank you.
17 So I understand that with regard to Mr. Miao there
18 is a -- the government is not seeking detention. Is that
19 right?
20 MR. GUADAGNINO: That's right, Your Honor.
21 THE COURT: And are the two suretors being proposed
22 present?
23 MS. LI: Yes, they are, Your Honor.
24 THE COURT: If they could come forward, please.
25 MS. LI: Okay.

6

1    THE COURT: Hello. I'm going to ask you to be sworn
2    in because I want your answers to be under oath.
3        (The suretors are sworn.)
4    MR. LI: David Li.
5    THE CLERK: Thank you.
6    MS. WONG: (Indiscernible) Wong.
7    THE CLERK: Thank you.
8    THE COURT: All right. Let's start with you, Mr.
9    Li. How do you know Jiahu Miao?
10   MR. LI: I've known him for a while. And I'm in a
11   real estate business and he is actually an investor. He's
12   actually one my biggest investors in my company.
13   THE COURT: How long have you known each other?
14   MR. LI: About -- a little shy of two years.
15   THE COURT: And what is your approximate income?
16   MR. LI: About 120,000 a year.
17   THE COURT: Thank you. And Ms. Wong, how do you
18   know Mr. Miao?
19   MS. WONG: Basically the same story. I work in real
20   estate I own a real estate brokerage. He's one of my biggest
21   investors.
22   THE COURT: And how long have you known him?
23   MS. WONG: A couple of months.
24   THE COURT: A couple of months?
25   MS. WONG: Yes.

7

1       THE COURT:  And what is your income?
2       MS. WONG:  My personal income last year around like
3  $60,000.  My company income is around 2 mill.
4       THE COURT:  Your income is 2 mill or your --
5       MS. WONG:  No, my company income. I own a company.
6       THE COURT:  Your company income.
7       MS. WONG:  Yes.
8       THE COURT:  I'm sorry.  Okay.  I understand.
9       All right.
10      So the reason I'm asking you about your financial
11 situation is that if you sign as as Mr. Miao's suretor, there
12 will be financial consequences to you if he violates any of
13 the conditions of his release.
14      I'm going to release him on a $100,000 bond.  That
15 means if he violates any of the conditions of his release,
16 then you're agreeing to pay the government $100,000.
17      I just want to make sure that the interpreter is
18 interpreting.
19      THE INTERPRETER:  I ask him.  He says he doesn't
20 need the interpreter.
21      THE COURT:  Oh, he doesn't.  Okay.  All right.
22 Thank you.
23      So the conditions of release, Mr. Miao, you need to
24 listen carefully because I'm going to ask you as well whether
25 you understand and agree to abide by these conditions?

8

1           THE INTERPRETER:  Your Honor, he insists that he
2   can understand English.
3           THE COURT:  That's fine.  Thank you.
4           And so the first condition of Mr. Miao's release is
5   that he will have a travel restriction.  He must stay within
6   New York City, Long Island New Jersey.  He may not leave
7   those areas.
8           Mr. Miao, you may not have any contact with your
9   co-defendants unless you're with your lawyers and talking
10  about the case.  This includes in-person contact, telephone
11  calls, email, text messages, social media.  No contact at all
12  with your co-defendants.
13          You must surrender any passports to Pretrial
14  Services and not apply for any new travel documents.
15          You will be placed under the supervision of
16  Pretrial Services.  That means you will be subject to random
17  visits by a Pretrial Services officer.  You must report as
18  directed by Pretrial Services and you will be subject to a
19  location restriction program with a curfew.
20          So that means that Mr. Miao will have an electronic
21  ankle bracelet placed on him.  And there will be a curfew.
22  Pretrial Services will tell him what time he can leave his
23  residence and what time he needs to be in the residence.  And
24  so he needs to make sure that he complies with all those --
25  he's clear about the times when he needs to be at home and

1    when he's allowed to leave the home.

2              The electronic ankle bracelet will allow Pretrial
3    Services to know exactly where he is.  So if he violates
4    that, they will know and report to the court, and that is a
5    violation which will trigger potentially having his bond
6    revoked.  So that means Mr. Miao will then be held in jail
7    pending trial.  And for the suretors then that means that the
8    government may come and ask you to pay the $100,000.

9              In addition, Mr. Miao may not commit any crimes
10   while he's on release.  No federal, state or local crimes.
11   He may not possess any firearms and he must show up for all
12   his court appearances.

13             So as long as Mr. Miao does all those things and
14   complies with these restrictions, that he can stay in the
15   community pending trial, and Mr. Li and Ms. Wong, you don't
16   have to pay the government anything.

17             But if he violates any of these conditions, then
18   he'll have his bond revoked and you'll have to pay the
19   government $100,000.

20             So Mr. Li, do you understand these conditions?

21             MR. LI:  Yes, Your Honor.

22             THE COURT:  Do you still want to act as Mr. Miao's
23   suretor?

24             MR. LI:  Yes, Your Honor.

25             THE COURT:  And Ms. Wong, do you still want to act

1    as Mr. Miao's suretor?
2            MS. WONG:  Yes.
3            THE COURT:  All right.
4            Being a suretor is completely voluntary.  So at any
5    time if you have second thoughts or you have any questions or
6    concerns, you should let the court know.
7            I'm going to ask you sign this.  That indicates
8    that you understand the conditions of Mr. Miao's release and
9    the consequences to you should he violate them.
10           You're signing it to show that you understand and
11   agree.  All right.  And then Mr. Miao needs to sign it as
12   well.
13           Mr. Miao, do you understand the conditions of your
14   release?
15       (Pause.)
16           You need to say yes.
17           DEFENDANT MIAO:  I understand.
18           THE COURT:  All right.  And do you agree to abide
19   by those conditions?
20           DEFENDANT MIAO:  Yeah.
21           THE COURT: And Mr. Miao, I'll also let you know
22   that if you fail to appear for any of your court appearances,
23   not only could you have your bond revoked and you'll be held
24   in jail, but you could also face an additional charge for
25   failure to appear.  All right.

1   So I think I have everything.  Is there anything --
2   oh, wait. Let me just see.
3   There's an order of excludable delay.  Mr.
4   Weintraub?
5   MR. WEINTRAUB:  Yes, Your Honor.
6   The first status conference before Judge D'Arcy
7   Hall is scheduled for November 14th at 9:30 a.m.. Excluding
8   time between now and then would permit the government time to
9   produce documents in discovery, as well as engage in
10  conversations with counsel for the defendant regarding a
11  possible resolution of this matter short of trial.
12  THE COURT:  All right. I see that this application
13  for excludable delay has been signed by the assistant U.S.
14  attorney and Ms. Li, you've signed this and Mr. Miao, it
15  appears you've also signed this.
16  Ms. Li, did you describe or explain to Mr. Miao
17  what that means?
18  MS. LI:  Yes, I did, Your Honor.
19  THE COURT:  And Mr. Miao, do you agree not count
20  the time between now and November 14th?
21  DEFENDANT MIAO:  Yes, I agree.
22  THE COURT:  All right.  So I find that the ends of
23  justice are served by excluding the time between now and
24  November 14th and I'll sign this order.
25  Let's turn now to Mr. Zhou.  Is the government

12

seeking detention in this case?

MR. WEINTRAUB: Yes, Your Honor.

Mr. Zhou is a Chinese citizen with lots of access to bulk cash, as indicated by the charges against him. He presents a risk of flight due to his ties to China, his lack of ties to the United States. He is here legally is my understanding. He is an asylum either seeker or recipient. So he is here legally but he is not a citizen.

And, again, the country to which he does have citizenship is one that presents risks of flight and inabilities for us to get him back here.

It's also my understanding that no package has been put together at this moment, and under those circumstances, there are no conditions at the moment that reasonably can assure the court that Mr. Zhou will return for future appearances.

THE COURT: All right. Mr. Guadagnino?

MR. GUADAGNINO: Yes, Your Honor. Mr. Zhou is here legally. He has political asylum. He was persecuted in China for violating the more than one child law and he was granted asylum for that reason.

At this moment we do not have a surety available for him that we can provide, but I do feel confident that we should be able to have one in the near future.

Based on those circumstances alone, we will consent

1  to a temporary order of detention pending application in the
2  future to be able to represent a package to the government
3  and to the court.
4      THE COURT: All right. So when you say temporary,
5  did you mean that you want to schedule a hearing on a
6  particular date?
7      MR. WEINTRAUB: I don't have a date yet because the
8  family has to get back to me, but we will contact the clerk's
9  office to be able to reschedule a hearing.
10     THE COURT: Okay. So I will enter an order of
11 detention.
12     MR. WEINTRAUB: Okay.
13     THE COURT: People often say permanent, but it's
14 never permanent. So it's an order of detention that does not
15 have a new date for a detention hearing. You can always
16 request a date to present a bail package.
17     MR. WEINTRAUB: Yes, Judge. Thank you.
18     THE COURT: And that's different from setting a
19 date, which is the true temporary order.
20     MR. WEINTRAUB: That's correct.
21     THE COURT: So I just want to be clear what you're
22 seeking. All right.
23     MR. WEINTRAUB: I want to be cautious about being
24 able to revisit the issue.
25     THE COURT: Yes. You absolutely always have the

14

1 ability to revisit the issue.

2 All right. So I will sign this order of detention
3 and reiterate that you always have the right to present
4 conditions of release that will assure the safety of the
5 community, as well as your client's appearance in court.

6 I see here there is also an order of excludable
7 delay for Mr. Zhou. Same conditions?

8 MR. WEINTRAUB: Yes, Your Honor.

9 THE COURT: All right. So Mr. Zhou, the Speedy
10 Trial Act entitles you to a trial within 70 days, but the
11 lawyers are saying that they need time to talk about your
12 case and are asking the court not to count the time between
13 now and November 14th in those days.

14 Do you agree not to count the time between now and
15 November 14th?

16 DEFENDANT ZHOU: Yes.

17 THE COURT: All right. Thank you.

18 And I see this is signed by Mr. Guadagnino, the
19 AUSA and there's a slash for Mr. Zhou.

20 MR. GUADAGNINO: Yes.

21 THE COURT: Mr. Guadagnino, did you sign on his
22 behalf?

23 MR. GUADAGNINO: Your Honor, I did sign it on
24 behalf of my client after fully explaining to him the
25 implications of what an order of excludable delay entails

15

1   with respect to his Speedy Trial rights.
2               THE COURT:  Okay.  So I find that the ends of
3   justice are served by excluding the time between now and
4   November 14th and I'll sign this order.
5               So does the government have anything further?
6               MR. WEINTRAUB:  No, Your Honor.
7               THE COURT:  And for the defense, Ms. Li?
8               MS. LI:  No, Your Honor.
9               THE COURT:  And Mr. Guadagnino, anything from you?
10              MR. GUADAGNINO:  No, Judge. Thank you.
11              THE COURT:  All right.  Thank you, everybody.
12              (Proceedings concluded at 7:21 p.m.)
13              I, CHRISTINE FIORE, court-approved transcriber and
14  certified electronic reporter and transcriber, certify that
15  the foregoing is a correct transcript from the official
16  electronic sound recording of the proceedings in the above-
17  entitled matter.
18
19  *Christine Fiore*
20  _____         November 16, 2024
21  Christine Fiore, CERT
22      Transcriber
23
24