9/20/2023

法官阁下

你好，我的名字是陳明棟，我是当事人陳炎冰的父亲，从小就是一个非常懂事的孩子。例如，当我和我老婆忙于工作时，他就负责在家做家务活，负责做饭、做家里简单的工作，为我们分担了生活锁事，因为我的儿子在接触社会工作时还太年轻，请对他进行了平均处理，迫使他违反美国法律，我恳求法官大人给我儿子一个改过自新的机会来证明自己，谢谢

真心实意

签名：陳明棟

Law-keeping court

Hello, my name is Chen Yi Kuai. Yanbing chen is a very sensible person. Compared with me, when my wife and I were at work, he paid to do housework at home, and paid for meals to do housework. They shared the work of the order and all of the affairs. Chen was not very young when it came into contact with social work, we dealt with him equally, and made him turn it back. American law, I beg the judge to give my son a chance to make a political and self-renewal. Come to Zhengming Zitian.

Thank you
Chen Yi Kuai

致所涉人士：

很荣幸能为我的好朋友写这封信，感谢您花时间阅读这封信！我的名字是 Chen, Qing, 我现在一个人住在纽约 brooklyn。15年前我和 Chen, Yan Bing 在中国福州餐厅厨房里上班认识的，他性格很温和很爱帮助人，有时候事情很多 Chen, Yan Bing 都会主动帮我一起完成。他做事很勤奋工作很认真，很乐于助人，他是个值得信赖的朋友，我们都有保持着联系。

如果你需要更多的信息，请随时联系我: 347-652-9810

真心感谢

Chen, Qing

2024年9月23日

To the people involved

I'm very lucky to write a letter to my good friend. Thank you because you read this letter! My name is Qing Chen, and I am alone in Brooklyn, New York. Before the flying year, I saw Yanbing Chen in the kitchen of China's Fumiansha restaurant. I recognized him at work. He is very gentle and loves to help people. Sometimes he has a lot of things to do. Yanbing took the initiative to complete it with me. His library shows you. The working staff is very helpful. He is a good friend who sells. We are all in contact. And if you need more letters, please contact me: 59766298

Thank you

Den. Qing.

September 23, 2024

致刑涉尼主[不清]

很荣幸能为我的朋友提供一些他的参考。

我的名字是chen, xing Yan, 我和我的太太现居住在纽约的布鲁克林，希望这封信可以帮你理解一个更真实的chen, Yan bing。

我和chen, Yan bing是六年之前的朋友聚会上认识的，当时他帮助一位老奶奶的举动让我觉得这个人是个乐于助人的人，后来我们成了朋友，我们都有保持着联系，当我需要帮助的时候chen, Yan bing会很热心的帮助你，他勤奋上进，待人热情友好，乐于帮助人，是一个可靠值得信赖的朋友。

如果你需要更多的信息，请联系我：614 370 2156

真心感谢

chen, xing Yan

2024年9月20日

To the person who watches after:

I'm very fortunate to provide a reference for my friend's personality.

My name is Xing Yan Chen. My big brother and I are currently living in Budao Klin, Hongran. I hope this letter can help you understand a more real Yanbing Chen.

I recognized Chen at a friend's party six years ago. During the time, his behavior of helping an old nurse made me feel that this person was a helpful person. Later, we became friends and we all kept in touch. When I needed help, Yanbing Chen would be very enthusiastic. To help you, he has been diligent, treats people warmly, and is willing to help others; he is a valuable person.

Believe in friends.

If you want more information. Please contact me: 6143702156

Thank you very much.

Chen, Xing Yan
9/20/2024

致所涉人士：

感谢您花时间阅读这封信！我的名字是 CHANGLI XIE ，我现在住在纽约布鲁克林。希望这封信可以帮助您理解一个更真实的 Chen， YanBing 。

我与 Chen， YanBing 是从小就认识了 我们从小就玩在一起，长大了我们还一直保持联系，后来到了美国他比我们先来的我刚进来很多东西不懂都是问他请教他， Chen， YanBing 总会二话不说地帮我解决难题。他勤奋上进，待人热情友好，乐于帮助朋友，为人真诚老实，能与他成为好朋友，真的很荣幸！如果你需要更多的信息，请随时联系我： 3477882326！真心感谢

2024 年 9 月 22 日

To the people involved:

    Thank you for taking the time to read this letter! My name is Changli Xie. I live in New York now. I hope this letter can help you understand a more authentic Yanbing Chen. YanBing Chen and I have known each other since we were young. We have played together since we were young. When we grew up, we have been in touch. Later, when we came to the United States, he came before us. I just came in and didn't understand a lot of things. I asked him for advice. YanBing Chen will always help me without saying a word and solve difficult problems. He is diligent and progressive, warm and friendly, willing to help his friends, sincere and honest, and can become good friends with him. If you need more information, please feel free to contact me: 3477882326!

Thank you very much.
Changli Xie
9/22/2024

感谢您花时间阅读这封信，我的名字是 Zhengmeiy200,1 我与陈大现住在纽约的 Staten Island。希望这封信可以帮助您理解一个更真实的 Chen，YanBing。

　　我与 Chen，YanBing 是 8 年前一起在纽约上州的日本餐馆做工认识的。当时我刚刚到那个餐馆做寿司师傅，人生地不熟，新的工作环境，新的同事，东西都不知道放在哪里，让我有点措手不及。Chen，YanBing 当时也在那个餐馆做寿司师傅，他很主动地告诉我东西放哪里，很耐心的帮我解决了很多问题。作为一位同事，他总是不厌其烦地帮助其他人，不怕吃亏，不怕苦也不怕累。虽然共事的时间不长，但我们一直都保持着联系。不管什么时候，每当我需要帮忙的时候，Chen，YanBing 总会二话不说地帮我解决难题。他勤奋上进，待人热情友好，乐于帮助朋友，为人真诚老实，能与他成为好朋友，真的很荣幸！

　　如果您需要了解更多的信息，请随时联系我：917-528-8555！

真心感谢，

*[signature]*

Thank you for taking the time to read this letter! My name is Jayden Zheng. My wife and I live in Staten Island, New York now. I hope this letter can help you understand a more authentic YanBing Chen.

Me and Yanbing Chen met when we worked together in a Japanese restaurant in upstate New York 8 years ago. At that time, I had just arrived at that restaurant to be a sushi chef. I was unfamiliar with the new working environment, new colleagues, and I didn't know where to put things, which caught me a little off guard. YanBing Chen was also a sushi chef in that restaurant at that time. He took the initiative to tell me where to put things and patiently helped me solve a lot of problems. As a colleague, he always helps others tirelessly, and is not afraid of losses, hardships and fatigue. Although we haven't worked together for a long time, we have always been in touch. Whenever I need help, Yanbing Chen always helped me solve problems without saying a word. He is diligent and progressive, warm and friendly, willing to help friends, sincere and honest, and can become good friends with him. It's an honor!

If you need more information, please feel free to contact me: 917-528-8555!

Thank you very much,

Jayden Zheng

致所涉人士：

非常感谢您能花时间读这封信。

我的名字是 Zheng, Zhaoxin, 现在居住在纽约的布鲁克林。希望这封信能帮助您了解一个更真实的 Chen, Yanbing。

我与 Chen, Yanbing 是在五年前与朋友的聚会上认识的。当时他非常热情的打招呼并且像个大哥哥一样的照顾刚认识的我。后来我们成为了朋友一直都保持着联系,直到疫情期间,我们的联系变得少了。但是只要我有需要,有困难找 Chen, Yanbing 帮忙,他都会二话不说地帮我。我认为他是一个非常上进,真诚好相处,值得深交的一个朋友。

如果您需要更多的信息。请随时联系我:
9178335626

真心感谢

To the person:

Thank you very much for taking the time to read this letter. My name is Zhaoxin Zheng, and I live in New York now. And in the foremost, I hope this letter can help you understand more of Yanbing Chen.

Yanbing Chen and I met at a party with friends five years ago. At that time, he greeted me and we looked at each other very warmly. He takes care of me like a big brother. Later, we became friends and kept in touch and I was happy. During this period, our contact has become less, but as long as I need to find Yanbing Chen for help, he will not talk about me. I think he is very enterprising and a good friend, worthy of a deep friendship.

If he needs more information, pleaze feel free to contact me. 9178335626

Thank you very much.
Zhaoxin Zhen

To whom it may concern,

It is my pleasure to provide a character reference for my good friend Mr. Yan Bing Chen

My name is Raymond Lu, and I am a citizen of the United States, and I currently reside in Brooklyn with my family.

Mr. Yan Bing Chen and I met at a birthday party in Brooklyn, in 2018. We got along very well and became good friends. I learned that Mr. Yan Bing Chen is a hard-working, filial, and family oriented person who is very upright and always willing to help his friends in any situations. He is a reliable and trustworthy friend

If you need further assistance in providing further information about Mr. Yan Bing Chen, please contact me at +1(347)-651-8848