MJC
F. #2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |
| - against - | Criminal Docket No. 22-CR-458 (LDH) |
| LINGMING ZENG,<br>     also known as "Weiting Chen," | |
|             Defendant. | |

- - - - - - - - - - - - - - - X

I, Alfred Pelargu, hereby certify that on May 7, 2025, I caused to be served Notice of Forfeiture and a copy of the Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by FedEx, (attached hereto) upon:

JJ Max Trading Corp.
4915 7th Ave.
Brooklyn, New York 11220

Dated:   Brooklyn, New York
         May 7, 2025

                                          /s/ Alfred Pelargu
                                          Alfred Pelargu
                                          Forfeiture Support Associates
                                          Senior Law Clerk
                                          United States Attorney's Office
                                          271-A Cadman Plaza East
                                          Brooklyn, New York 11201
                                          (718) 254-6060

