

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BW/MG/RB                                    *271 Cadman Plaza East*
F. #2021R00629                             *Brooklyn, New York 11201*

May 8, 2025

By ECF and E-Mail

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Jin Fu Zhang
>        Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

The government respectfully submits this letter to note objections to the Presentence Investigation Report ("PSR") prepared by the United States Probation Office ("Probation"), dated April 24, 2025, for the defendant Jin Fu Zhang.

The defendant pleaded guilty to Count 10 of the Indictment, charging conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Paragraph 87 of the PSR assigned a two-point reduction based on the defendant being a minor participant in the wire fraud conspiracy, pursuant to U.S.S.G. § 3B1.2(b). The government submits that the defendant was a minimal participant in the wire fraud conspiracy and is entitled to a four-point reduction, pursuant to U.S.S.G. § 3B1.2(a). Accordingly, the government objects to paragraph 87 of the PSR. The government also objects to paragraph 89 of the PSR, insofar as it calculates the adjusted offense

level as 31.  The government submits that the adjusted offense level for the wire fraud conspiracy calculation should be 29.

<div style="margin-left:50%">

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  *Benjamin Weintraub*
     Benjamin Weintraub
     Miranda Gonzalez
     Raffaela Belizaire
     Assistant U.S. Attorneys
     (718) 254-7000

</div>

cc:    Counsel of record
       Clerk of Court (LDH)
       United States Probation Officers Meghan Wing