# EXHIBIT B

**Dear Honorable Judge,**

Hello. My name is Changwu Huang. Changgui Huang is my childhood friend, and I would like to sincerely plead on his behalf.

We have known each other since we were young, and I am deeply familiar with his character and qualities. Although his actions violated the law, I believe that this does not define him as a whole.

Since the incident, Changgui Huang has felt deep remorse. He has realized the seriousness of his actions and their impact on society and others. He has taken responsibility and is actively seeking to correct his mistakes. He fully understands that no words can completely make up for his wrongdoing, but he hopes to show his repentance through real actions.

As the saying goes, "To err is human." His mistake is serious, but he also has the potential and willingness to change. I sincerely ask the court to take into account his attitude of remorse and his genuine desire to reform when considering the sentencing.

I firmly believe that giving him a chance to turn over a new leaf will not only help him become a better person, but will also be beneficial to society. We all hope to see him learn from this lesson and become someone who contributes positively to the community.

Thank you for your patience and consideration.

Sincerely,
**Changwu Huang**

尊敬的法官大人 您好，我叫黄昌武，黄昌贵是我的发小，我为他向您提出一个真诚的求情。我们从小认识，我深知他的为人和品质。他的行为虽然违背了法律，但我相信这并不代表他的全部。黄昌贵 自案发以来一直深感懊悔，他意识到了自己行为的严重性以及对社会、对他人的影响。他已经承担起责任，并积极寻求改正自己的错误。他深知没有任何言语能够完全弥补他的过失，但他希望通过实际行动来展示他的悔改。我们都知道，人非圣贤，孰能无过。他的错误是严重的，但他也是有潜力和愿望改正的。我恳请法庭在量刑时能够考虑到他的悔改态度以及愿意改变的诚意。我深信，给予 他一个改过自新的机会，不仅能帮助他成为一个更好的人，也是对社会有益的。我们都期待看到他能够利用这次教训，转变为社会的有用之才。谢谢您的耐心阅读和考虑。 此致，黄昌**武**

---

**Dear Honorable Judge,**

Greetings!

My name is Shanshan Huang, and I am a friend of Changgui Huang. I am writing this letter to respectfully request your leniency in his case.

I understand that he committed the crime of money laundering due to a moment of greed and ignorance, rather than out of malicious intent. He deeply regrets his actions and fully recognizes the seriousness of his behavior. He has also actively cooperated with the authority.

Throughout his life, he has been a kind and honest person. This incident was a serious mistake, but one that does not define his character. He sincerely hopes for your leniency and a chance to turn over a new leaf. He has reflected deeply on his actions and has made a firm commitment to abide by the law from now on.

I truly believe that he has recognized the gravity of his wrongdoing and that he will demonstrate his change through his actions. I sincerely hope you can grant him the opportunity to start over.

Lastly, on behalf of our entire family, I offer our heartfelt apology for this matter and once again plead for your compassionate consideration in Changgui Huang's sentencing.

With the utmost respect,
**Shanshan Huang**

尊敬的法官：

您好！

我是黄昌贵的朋友，我叫黄珊珊，我写下这封信，是为了请求您对他的宽大处理。我深知他犯下洗钱罪，是因为一时的贪念和无知，而非恶意。他对此深感懊悔，也充分认识到了自己行为 的严重性。他已经主动配合有关部门。

他一直以来都是一个善良、诚实的人，这次的错误只是他人生中的一次严重失误。他真心希望得到您的宽 大处理，让他有机会改过自新。他已经深刻反思了自己的行为，并承诺以后会遵守法律法规。 我相信他已经真正意识到了自己的错误，也相信他会以实际行动来证明自己的改变。我希望您能给予他一 个改过自新的机会，让他有机会重新开始。

最后，我再次向您表示我们全家对此事的真诚歉意，并恳请您能够给予黄昌贵宽大处理。

此致

敬礼！

黄珊珊

**Dear Honorable Judge,**

Greetings!

As a close friend of Changgui Huang, I am writing to respectfully plead for leniency in his sentencing for the charge of money laundering. I understand that he violated the law due to a moment of carelessness and ignorance.

He is a kind and warm-hearted individual, always willing to help others and show concern for those around him. His family and friends all know his true character. He is not someone who would deliberately break the law. This incident occurred solely because he made a poor decision  when faced with difficult circumstances.

I sincerely hope you can understand his situation and grant him an opportunity to turn over a new  leaf. I firmly believe that he will learn from this experience, cherish his future even more, and  strive to become a person who contributes positively to society.

I look forward to your understanding and compassion.

With utmost respect,
**Jinhua Huang**

尊敬的法官大人：

您好！

我以黄昌贵好友的身份向您求情，请求您能对我好友的洗钱罪从轻处理。我了解，他因为一时的疏忽和无 知，触犯了法律。

他是一个善良、热心的人，总是乐于助人，关心他人。他的家人和朋友们都深知他的本性，绝不是那种会 故意违法的人。这次的事件，完全是因为他在面对困境时，做出了错误的判断和选择。 我希望您能够理解他的 处境，并给予他改过自新的机会。我坚信他会从中吸取教训，更加珍惜未来的生活，努力成为一个对社会有 贡献的人。

期待您的理解和宽容，感激不尽！

此致

敬礼！

黄锦华

**Dear Honorable Judge,**

Greetings!

My name is Zhenhui Guan, and I am a friend of Changgui Huang. I am writing this letter to respectfully request a lenient sentence for him.

First of all, I would like to express my deepest apologies on behalf of Changgui Huang, and sincerely thank you for your hard work in handling this case.

He admits to the mistakes he has made and feels deep remorse. He acknowledges that it was his  ignorance and carelessness that led him down the wrong path. He is willing to accept the legal  consequences and take full responsibility for his actions.

He has always been a responsible and kind-hearted person, and this mistake does not reflect his true character.

Finally, once again I request your leniency in sentencing Changgui Huang and ask that you grant him an opportunity to reform and start afresh. I believe he will learn from this experience and become a better person.

With utmost respect,
**Zhenhui Guan**

尊敬的法官

您好！

我是黄昌贵的朋友官振辉，写这封信是为了请求您对他的轻判。

首先，我代表黄昌贵向您表示最深的歉意，也对您在审理此案中付出的辛勤工作表示衷心的感谢。 他承认他犯下的错误，对此他深感懊悔。他承认自己的无知和疏忽，导致他走上了错误的道路。他愿意接 受法律的制裁，并愿意为此承担责任。

他一直是一个有责任心和善良的人，他的这次错误并不代表他的本性。

最后，我再次请求您对黄昌贵的轻判，给他一个改过自新的机会。我相信他会从中吸取教训，成为一个更 好的人。

此致

敬礼！

官振辉

**Dear Honorable Judge,**

Greetings. My name is Wenxiang Lin, and I am a friend and was also a classmate of Changgui Huang. I was deeply shocked when I learned that he had been charged with money laundering. I fully understand the seriousness and fairness of the law, and I recognize that every action carries its consequences.

However, I respectfully ask that Your Honor take into consideration the positive steps he has already taken to change, as well as his sincere plans for the future. He has shown a strong desire to learn from this experience and to become someone who contributes positively to society. He plans to continue his education, engage more in community service, and dedicate himself to becoming a person of integrity.

He is a kind and helpful individual, deeply respectful to his parents, and truly a very good person. I sincerely hope that Your Honor will grant my friend an opportunity to turn his life around and make a fresh start.

With deepest respect,
**Wenxiang Lin**

*尊敬的法官大人 你好，    我是林文香，黄昌*贵的朋友加同学，我听到他被指控洗钱罪时我感觉非常震惊，我理解法律的严肃性和公正性，也明白每个行为都有相应的后果。然而，我恳请您在判决时考虑到 *他已*经采取的积极改变措施以及他对未来的积极规划。*他有强烈的愿望利用*这次教训，重新做一个对社会有益的人。他计划继续教育，参与更多的社区服务，并致力于成为一个正直的人。*他*为人善良，乐于助人，，也很孝敬父母，人特别特别的好。*在*这里希望法官大人能给我朋友一次改过自新的机*会*

林文*香*

**Dear Honorable Judge,**

Greetings. My name is Bin Huang, and I have been a close friend of Changgui Huang since childhood. I am deeply sorry for the negative impact his actions have brought to the United States. I truly believe that he now deeply regrets what he has done. He is still young, and as his friend, I sincerely hope he does not have to face time in prison.

I respectfully ask that Your Honor consider granting him a reduced sentence. Doing so would not only encourage him personally, but also give him a chance to prove himself and contribute positively to society. He fully understands the harm his actions have caused to the financial order, and he is willing to dedicate the rest of his life to making amends.

I humbly ask that you consider my request— I hope you can see not only the mistake of a young man, but also his potential for reform and his sincere hope for a better future.

Thank you sincerely for your compassion and understanding.

With deep respect,
**Huang Bin**

***尊敬的法官*** 您好。我是黄昌贵从小玩到大的朋友我叫黄滨，非常抱歉他给美国带来了不好的行为，我相信他已经为自己的行为感到后悔莫及，他还年轻作为朋友我不希望他面临牢狱之灾，请法官给予他一个减轻刑罚的机会，不仅对他个人是一个激励，也是给予他证明自己、为社会作出贡献的机会。他深知自己的行为给社会金融秩序带来了伤害，并且愿意花费余生去修补这些创伤。 我恳求您考虑我的请求，不仅看到一个年轻人的过错，更看到他改正的可能和对未来的美好憧憬。衷心感谢您的宽容和理解。***黄***滨

**Dear Honorable Judge,**

Greetings. My name is Yingying Zeng, and I am a friend of the defendant. First and foremost, I would like to express my heartfelt apologies for the wrongdoing he has committed.

I often speak with him, and I know that he feels deep remorse and self-blame. He relies on a small amount of alcohol each day just to ease the emotional pain he's experiencing. What he worries about most now is the well-being of his family and child if he is sentenced to prison. They rely on the money he sends home each month to survive. If that support is cut off, I cannot imagine what will happen to them, and neither can he. It is a burden he is struggling to bear.

Once again, I sincerely apologize for his mistakes. Please believe that he has come to fully recognize the gravity of his actions and is determined to turn his life around. I respectfully ask that you consider his remorse and difficult family situation when making your decision, and grant him a lighter sentence.

Thank you sincerely for taking the time to read this letter. I truly hope you will consider my request and give him a chance to start anew.

With deepest gratitude and respect,
**Yingying Zeng**

***尊敬的法官***您好！我是被告人的朋友。我叫曾影影 首先我为他所犯的错表示真诚歉意。其次我经常和被告聊天，他已经后悔自责每天都要靠一点酒精来让他好受一点。他现在最担心的就是他要是坐牢了，她的家人和孩子怎么办，他们都需要靠他每个月寄生活费来维持生计，要是断了生活费我无法想象他的家庭会变成什么样，他也更加无法承受。最后，我再次为他的错误向您表示诚挚的歉意。请您相信，他已深刻认识到自己的罪行，决心改过自新。请您在判决时充分考虑他的悔过态度和家庭情况，给予他从轻处理。再次感谢您在百忙之中阅读这封信。希望您能够慎重考虑我的请求，给予他一个重新做人的机会。衷心感谢！ 此致 敬礼 ! ***曾影影***

---

**Dear Honorable Judge,**

On behalf of our friend and the defendant, Changgui Huang, I would like to express my deepest respect and gratitude. I fully understand and appreciate the fairness and diligence you uphold in the course of your reviews and handling of the case, and I hold great respect for the important work you do.

The purpose of this letter is to make a heartfelt plea for leniency in the case concerning Changgui Huang. While I recognize that the law must remain impartial and just, I sincerely hope that this particular case might also be met with compassion and understanding.

Changgui Huang is a kind and upright individual, known and respected for his care toward others and his contributions to the community. Unfortunately, this incident has placed him in serious legal consequences. However, I believe he has already learned a profound lesson and feels deep remorse for his actions.

During the court process, he expressed sincere regret for his conduct and made a solemn commitment to change, ensuring that such a mistake will never happen again. I believe in the sincerity of his words and in his determination to turn his life around.

Moreover, I would like to emphasize that he has always been a positive and constructive presence in our community. He has contributed selflessly, participated actively in public welfare, and has been a beloved member of the community. His family and friends continue to stand by him with unwavering support. A lenient judgment in his case would not only give him the opportunity to rebuild his life but would also help protect and encourage the positive influences within the community.

In closing, I once again express my profound respect and appreciation for you. I understand the weight of your responsibilities and the importance of ensuring justice is served. I only ask that, within the framework of the law, you consider giving him a second chance to make amends and contribute positively to society.

Thank you sincerely for taking the time to read this letter. I hope for your understanding and support.

With respect,
**Tiansheng Chen**
(Friend of the Defendant)

尊敬的法官女士：我代表我们的当事人，黄昌贵，向您表达最深的敬意和感激。我理解您在审理案件中的公正和严谨，也对您的工作充满了尊重。我们写这封信，是为了向您求情，请求您对黄昌贵的案件给予宽大的处理。我知道，法律是公正无私的，但在黄昌贵的案件中，我希望能够得到您的理解和同情。他是一个善良、正直的人，他对社区的贡献和对他人的关心赢得了广泛的赞誉。然而，由于这次不幸的事件，他面临了严重的法律后果。我相信，他已经从中吸取了深刻的教训，并深感懊悔。在法庭程序过程中，他对自己的行为表示了深深的悔悟，并且承诺改正自己的行为，避免此类事件再次发生。我相信他的真诚和决心。同时，我想强调的是，他在社会中是一个正面和积极的影响。他无私奉献，热心公益，是一个深受大家喜爱的社区成员。他的家人和朋友也都对他充满了支持和关爱。因此，对他的宽大处理，不仅能给他一个改过自新的机会，也能保护和鼓励社区中的正面影响力。最后，我再次向您表达我们对您的敬意和感激。我们理解您在审理案件中的职责和压力，也明白您必须根据法律做出公正的裁决。我们只是希望，在考虑这个案件时，您能给予他一个改过自新的机会。谢谢您花时间阅读这封信，期待您的理解和支持。敬上 被告人好友 陈天生

**Dear Honorable Judge,**

Greetings!

I am writing this letter on behalf of my friend to express his deep remorse and to respectfully request your leniency in his case.

My friend committed a serious mistake due to a moment of impulse and lack of judgment. He deeply regrets his actions and feels profound guilt and shame. He fully recognizes the seriousness of his behavior and has pledged to reflect deeply on his mistakes and to make sincere efforts to correct his conduct.

I believe my friend has truly come to understand the gravity of his actions and is actively working to change. He has always been a kind and responsible person, and this incident was a rare lapse in judgment. I sincerely hope you will take into consideration his remorseful attitude and his efforts to improve, and grant him a chance to turn his life around.

Finally, on behalf of our entire family, I would like to express our heartfelt apologies for this incident. We earnestly ask for your leniency and trust that my friend will cherish this opportunity to become a better person.

Sincerely,
Friend
**Lintao Lan**

**尊敬的法官**您好！我谨代表我的朋友，写此信向您表达他的悔过之情，并恳请您给予他宽大处理。我的朋友因为一时的冲动和不理智，犯下了严重的错误。他对此深感懊悔和内疚，并意识到了自己行为的严重性。他承诺，将认真反思自己的错误，并努力改正自己的行为。 我相信我的朋友已经意识到了自己的错误，并且正在积极地改变自己。他一直以来都是一个善良、有责任感的人，这次事件只是一次偶然的失足。我希望您能够考虑到他的悔过态度和积极的改变，给予他一个改过自新的机会。最后，我再次向您表示我们全家对此事的真诚歉意，并恳请您能够给予我的朋友宽大处理。我相信他会珍惜这次机会，努力成为一个更好的人。此致 朋友 兰林**涛**

---

**Dear Honorable Judge,**

My name is Yufeng Lin.  I am a friend of Changgui Huang. I am writing this letter to respectfully plead for leniency on his behalf.

Driven by a moment of greed, he committed the crime of money laundering. He now deeply regrets his actions and feels genuine remorse and self-blame. He has actively cooperated with the authority and voluntarily surrendered the illicit funds.

He sincerely hopes to receive your lenient treatment, so that he may have a chance to turn over a new leaf. He fully recognizes the seriousness of his mistake and has promised to strictly abide by the law in the future and become a law-abiding citizen.

I truly hope you will grant him the opportunity for reform and a fresh start.


Sincerely,
**Yufeng Lin**
January 8, 2024

*尊敬的法官大人* 我是黄昌贵的朋友，我叫林余锋，写此信为他求情。他因一时贪念犯下洗钱罪，深感懊悔和自责。他已积极配合有*关部*门，并主动交出所得款项。他真心希望得到您的宽大处理，让他有机会改过自新。他深知自己的错误，也承诺未来将认真遵守法律法规，做一个守法的人。希望您能给予他一个改过自新的机会。林余锋 *2024年 1月8日*

---

**Dear Honorable Judge,**

Greetings!

I am writing this letter to respectfully plead for leniency on behalf of my close friend, who is currently facing legal punishment for being involved in a money laundering offense.

I fully understand that money laundering is a serious crime that causes significant harm to society. My friend also deeply acknowledges the severity of his actions and feels sincere remorse for his mistake.

I kindly ask that you take into consideration the fact that his actions were not driven by malicious intent, but rather resulted from a moment of poor judgment. He now has a clear understanding of his wrongdoing and is genuinely committed to turning his life around.

I believe that a fair judgment not only serves to punish crime, but also provides an opportunity for those who have strayed to find their way back. I respectfully ask that you consider my request and grant him a chance at rehabilitation.

Thank you!

Respectfully,
**Xu Chen**

***尊敬的法官***：您好！我写这封信，是为了替我的好朋友向您求情。他因涉嫌洗钱罪而面临法律的制裁。我知道，洗钱罪是严重的犯罪行为，对社会造成了极大的危害。我的好朋友也深知自己的错误，对此深感后悔。我想请求您，考虑到他是一时糊涂，并非故意为之，以及他对自己的错误有深刻的认识和悔改之意，给予他一个改过自新的机会。我相信，一个公正的判决不仅能够制裁犯罪，更能引导犯错的人走向正道。请您考虑我的请求，谢谢！此致 敬*礼*！陈*旭*

**Dear Honorable Judge,**

Greetings!

My name is Juqing Hong, and I am a close friend of Changgui Huang. I respectfully plead for leniency on his behalf.

He deeply regrets his actions and has come to a profound understanding of the mistakes he has made. He is a kind and responsible person who, unfortunately, strayed from the right path due to a momentary lapse in judgment.

Changgui Huang has always upheld the principles of honesty and integrity and has never had any prior record of unlawful behavior. This incident was a rare misstep in an otherwise law-abiding life. His family and friends firmly believe that he is a fundamentally good person who made a poor decision under difficult circumstances.

I kindly ask you to understand his situation and grant him an opportunity to turn his life around. I am confident that he will learn from this experience, hold himself to a higher standard going forward, and make meaningful contributions to society.

We respectfully hope for your fair and wise resolution. Thank you very much!

Respectfully,
Juqing Hong

***尊敬的法官先生***：您好！我是黄昌贵的好友，我叫洪居清，恳求您能对他从轻处理。他深感懊悔，对此次错误有了深刻的认识。他善良且有责任心，但因一时误入歧途而走上了错误的道路。他一直秉持着诚实守信的原则，过去从未有过任何违法记录。这次事件只是他人生中的一次偶然失误。他的家人和朋友们都坚信他本性纯良，只是遭遇困境而做出了错误的判断。请求您能理解他的处境，并给予他改过自新的机会。我深信他会珍惜这次教训，更加严格要求自己，为社会做出应有的贡献。期待您的明智之举，感激不尽！此致 敬礼！洪居清

---

**Honorable Judge,**

Greetings.

With a profoundly heavy heart, I am writing this letter in hopes of seeking a bit of understanding and leniency for my dear friend, Changgui Huang. He and I have been close friends since childhood. His recent arrest in connection with a money laundering case has been a sudden and devastating blow, not only to him personally, but to his entire family, plunging them into an unprecedented crisis.

Changgui Huang has always been a role model within our circle of friends. He treats everyone, whether family, friend, or stranger, with warmth and generosity, always ready to lend a helping hand without hesitation. His kindness and integrity are qualities we have all witnessed and deeply admire. Within his family, he is the irreplaceable pillar of support. Every cent he earns through hard work carries his love and sense of responsibility for his family. His elderly parents are frail, his child is still young, and the whole household depends on his modest income to make ends meet. This sudden storm has left an already struggling family on the brink of collapse.

I fully understand that regardless of the reasons, breaking the law must carry appropriate consequences. I do not intend to diminish the seriousness of his actions. Rather, I sincerely ask that you consider this case from a broader and more humane perspective. We firmly believe that through deep reflection on his mistakes, he will correct his course and prove his change through concrete actions, making a positive contribution to society. Meanwhile, we are actively seeking lawful means to help resolve his family's financial difficulties, to ensure their basic needs are met.

Therefore, I earnestly hope for your understanding and a degree of leniency, and that he may have the opportunity to atone for his mistakes through proper means and return to society to continue fulfilling his responsibilities to his family.

Lastly, I sincerely thank you for taking the time to read this letter, and I am especially grateful for any consideration you may give to Changgui Huang's case. May justice walk hand in hand with compassion, and may every person who has lost their way have the chance to find their path back.

With utmost respect,
**Minghua Ye**
**February 15, 2025**

*尊敬的法官*: 您好! 我怀着无比沉重的心情写下这封信, 旨在为我挚友黄昌贵寻求一丝理解与宽宥。我和他是从小一起长大的好朋友。他近期因涉及洗钱案件而不幸被捕, 这一突如其来的变故不仅对他个人造成了极大的冲击, 更让他的家庭陷入了前所未有的困境之中。黄昌贵一直以来都是我们朋友圈中的楷模, 他以一颗温暖而慷慨的心对待每一个人, 无论是亲朋好友还是陌生人, 他总是乐于伸出援手, 无私地提供帮助。他的善良与正直, 是我们共同见证并深感敬佩的品质。在家中, 他是无可替代的顶梁柱, 用辛勤工作换来的每一分钱都承载着对家人的爱与责任。他的父母年迈体弱, 孩子尚幼, 全家上下均依赖他微薄的收入维持生计。现在如同一场风暴, 让这个本就不易的家庭摇摇欲坠。我深知, 无论出于何种原因, 触犯法律都应承担相应的后果。在此, 我并非意图减轻他行为的严重性, 而是恳请您能从一个更全面、人性化的角度审视这一案件。我们坚信, 他在深刻反省自己的错误后, 定将痛改前非, 用实际行动证明自己的改变, 并为社会做出积极的贡献, 同时, 我们也正在积极寻求合法途径, 以帮助他尽快解决家庭的经济难题, 确保家人的基本生活不受影响。因此, 我衷心希望能够得到贵方的理解与一定的宽限, 同时也期待他有机会通过正当途径弥补过错, 重新回归社会, 继续承担起家庭的责任。最后, 我衷心感谢您花时间阅读这封信, 更感激您对黄昌贵一案可能给予的任何正面考虑。愿正义与慈悲同行, 让每一个迷途之人都有机会找到回归之路。此致 敬礼! 叶明华 *2025/2/15*