# EXHIBIT C

**Dear Honorable Judge,**

Greetings!

My name is Wendy. I am writing this letter hoping to share my personal understanding of Changgui Huang and to provide some insight into his performance over the past two years while working at my nail salon. I respectfully ask that you consider this information during your decision.

Changgui Huang joined my nail salon in February 2022 and quickly became an indispensable member of our warm and close-knit team. Over the past two years, he has not only won the hearts of countless clients with his exceptional nail art skills, but more importantly, he has treated every customer who walked through our doors with genuine kindness and sincerity. Many regulars specifically request his service. His warm smile and professional attitude have truly become a hallmark of our establishment.

However, this same young man, who has always been positive in life and diligent in his work, made a momentary lapse in judgment that led him down the wrong path and into unlawful behavior. From what I know of him, he has never had any prior misconduct or negative record. This incident has dealt a tremendous blow to him personally, to his family, and to our small team. He feels deep remorse for his actions and has repeatedly expressed regret and guilt.

He has consistently worked hard and sent money home to support his wife, child, and elderly parents back home. He has shown strong commitment to his responsibilities, especially toward his father, who is in poor health. He genuinely needs this job and has always taken it seriously.

In light of his consistent positive behavior, strong work ethic, and sincere remorse, I respectfully ask that Your Honor consider allowing him the opportunity to continue working at our salon. I truly believe that, given the chance, he can continue to contribute to society in a meaningful and productive way.

Lastly, I sincerely hope for your fair decision, and that the light of the law will shine upon every lost soul striving to return from a moment of darkness.

With respect,
**Wendy**
**February 22, 2025**

尊敬的法官: 您好! 我叫wendy, 希望通过这封信, 向您阐述我对黄昌贵的认识, 以及他过去两年在我店中的 表现, 恳请法官在裁决时能给予适当的考量。黄昌贵自2022年2月份起加入我的美甲店, 成为我们这个温馨 大家庭中不可或缺的一员。在这两年间, 他不仅以其精湛的美甲技艺赢得了无数顾客的喜爱与赞誉, 更重 要的是, 他以一颗无比善良和真诚的心对待每一位走进店门的客人。许多常客都特意点名要求他服务, 他 的笑容和专业成为了我们店铺的一张亮丽名片。然而, 就是这样一个在生活中积极向上、工作中尽职尽责 的年轻人, 却因一时的错误判断, 误入歧途, 走上了违法犯罪的道路。据我对他的了解, 他从未有过任何 不良记录, 这次事件对他个人、家庭以及我们这个小团体都是巨大的打击。他深感自责, 多次表达了对自 己行为的悔恨。他不断的工作寄钱给家里的老婆孩子, 父母, 都需要他来承担, 他的父亲身体不好, 他也 很是操心, 他太需要这份工作了。鉴于此, 我恳请法官您在审理此案时, 能充分考虑他的一贯表现及其深 刻的反省态度, 可以让他继续在美甲店里工作, 给他一次机会。我坚信, 只要给予他一次改过自新的机会

, 他一定能够继续以积极、有意义的方式回馈社会。 最后, 期待您的公正裁决, 愿法律之光照亮每一个迷途知返的灵魂。 此致! 敬礼! *Wendy 2025/2/22*

C3

**Dear Honorable Judge,**

Greetings! My name is Sophia, and I am writing this letter to humbly plead for leniency on behalf of my dear colleague, Changgui Huang.

During the time we've worked together, he has been more than just a coworker, he has been the heart and soul of our team. His kindness, willingness to help others, and outstanding professional skills have left a lasting impression on each and every one of us. He is always the first to step up when problems arise.

I remember one time when my nail polishing machine suddenly broke down. Just as I was feeling helpless, it was Changgui who stepped in without hesitation. With his skillful hands and tireless effort, he managed to repair the machine and got it running again, ensuring our work could continue smoothly. Instances like this are too many to count.

Whenever we face technically challenging tasks or demanding customers, he is always the one to volunteer, using his creativity and patience to craft unique and satisfying nail art for each customer. His work has earned the admiration and loyalty of countless customers. His presence not only strengthened our team's cohesion but also created a more positive and uplifting work environment.

Unfortunately, fate seems to have played a cruel joke on him. Due to youthful ignorance and impulsiveness, he made a mistake and took a wrong path. We are deeply saddened and regretful about this. However, I want to emphasize that his true nature is kind, and his spirit of helpfulness and responsibility has never wavered. After making his mistake, he has sincerely reflected on his actions and shown deep remorse, along with a strong will to change and make amends.

We truly believe that, if given a second chance, he will be able to rise again and become a valuable contributor to society.

Therefore, on behalf of all our staff, I respectfully ask Your Honor to take his circumstances into full consideration and grant him a lighter sentence, a chance to reform and begin again. We do not want to lose such an outstanding colleague and friend.

Finally, thank you sincerely for taking the time out of your busy schedule to read this letter. We await your fair judgment and hope that the light of love and hope may shine on the road ahead for him.

With sincere respect,
**Sophia**
**February 23, 2025**

尊敬的法官：您好！我叫 *Sophia*，写下这封信，为我亲爱的同事黄昌贵向您求情。在共事的日子里他不仅是我的工作伙伴，更是我们团队中不可或缺的灵魂人物，他的善良、乐于助人以及卓越的专业技能，深深地影响了我们每一个人。他总是那个最先站出来解决问题的人。记得有一次，我的美甲打磨机器突发故障，正当我一筹莫展之际，是他毫不犹豫地动手修理，凭借一双巧手和不懈的努力，最终让机器重新运转起来，保证了工作的顺利进行。这样的场景不胜枚举，每当遇到技术难度高或是要求苛刻的客人时，他总是主动请缨，用他的创意和耐心为客人打造出独一无二、令人满意的美甲作品，赢得了无数客人的喜爱与赞誉。他的存在，让我们的团队更加团结，工作氛围也更加积极向上。然而，命运似乎对他开了一个玩笑，由于年轻时的无知与冲动，他走上了一条错误的道路，对此我们深感痛心与惋惜。但请允许我强调，他的本质是善良的，他乐于助人、勇于担当的精神从未改变。在他犯错之后，他深刻反省了自己的行为，表现出了极大的悔意和改过自新的决心。我们坚信，只要给予他一个机会，他必定能够重新站起来，成为对社会有用的人。因此，我代表我们所有员工，恳请法官大人能够充分考虑他的实际情况，从轻判处，给予他一个改过自新的机会。我们不愿失去这样一位优秀的同事和朋友。 最后，衷心感谢您在百忙之中阅读这封信，期待您的公正裁决，让爱与希望的光芒照亮他的未来之路。此致 敬礼！ *Sophia 2025/2/23*

**Dear Honorable Judge,**

Greetings! I write this letter with the utmost sincerity, hoping to share my thoughts and heartfelt request on behalf of someone I know and deeply respect, my manicurist, Changgui Huang.

Over the past year, Changgui Huang has not only been my manicurist, but also a bright spot in my busy life and a source of emotional comfort. He possesses truly skillful hands. Every time I sit at his workstation, I can feel his deep passion and dedication to the art of nail design. Not only is he technically excellent and always able to capture my preferences with precision, but even more rare is his patience and attentiveness. Every service is delivered with respect and care.

His work is not just a layering of colors, it is a fusion of art and emotion. Each new set of nails he creates brings me genuine joy, making me feel as though I've embraced a refreshed and more confident version of myself.

However, I was recently shocked and saddened to learn that he is now facing legal proceedings due to a momentary lapse in judgment. In our many conversations, I have deeply sensed the remorse and guilt he carries. He has spoken repeatedly about his reflection on his past actions, actions that stemmed from youthful ignorance and impulsiveness. He fully recognizes the negative impact his behavior has had on society, and he is visibly anxious and uncertain about his future.

His regret is not superficial, it is present in every word and every moment we've shared in our conversation. It is clear he is earnestly seeking an opportunity to correct his mistakes.

I understand that the law is just and that everyone must be held accountable for their actions. However, I humbly ask that Your Honor take into account his unique circumstances: a person who demonstrates great patience, kindness, and talent in his daily work, and someone who genuinely regrets his misstep and is committed to change.

I believe that giving him a chance to turn his life around will not only allow him to make amends, but also allow him to continue using his skills to bring beauty and joy to others, just as he has done for clients like me.

With deepest respect,
**Lisa**
**February 23, 2025**

尊敬的法官大人: 您好! 我怀着无比诚挚的心情写下这封信, 希望能够为我所熟识并深感敬佩的一位美甲师黄昌贵, 表达我的看法与请求。在过去的一年多时间里, 黄昌贵不仅是我的美甲师, 更是我在忙碌生活中 的一抹亮丽色彩和心灵慰藉。他拥有一双巧手, 每一次坐在他的工作台前, 我都能感受到他对美甲艺术的 热爱与专注。他不仅技术精湛, 每一次设计都能精准捕捉到我的喜好, 更难得的是, 他那无比的耐心和细 心, 让我在每一次的服务中都感受到了尊重与关怀。他的作品, 不仅仅是色彩的堆砌, 更是艺术与情感的融合, 每一次的新指甲, 都让我满心欢喜, 仿佛拥有了全新的自我。然而, 近日得知他因一时之误而面临 法律的审判, 我内心充满了震惊与不舍。在与他的多次交流中, 我深刻感受到他内心的悔恨与自责。他多 次向我提及他对过去行为的深刻反省, 那是一种源自内心深处的无知与冲动所导致的后果, 他深知自己的 行为给社会带来了不良影响, 也对自己的未来充满了忧虑与不安。他的后悔并非空洞之词, 而是每一次交 谈中流露出的真诚与渴望改正的机会。我深知, 法律是公正的, 每个人都应为自己的行为负责。但在此, 我恳请法官大人能考虑到他的这一特殊情况一个在日常工作中展现出极大耐心、善良与才华的人, 一个真 心悔过并愿意改正错误的人。我相信, 给予他一个改过自新的机会, 不仅能够让他有机会弥补过错, 更能 让他继续用他的技艺为社会带来美好, 让像我这样的客户能够继续享受他带来的那份独特的美与快乐。 此 致 敬礼! lisa 2025/2/23

**Dear Honorable Judge,**

Greetings!

I am writing this letter on behalf of my colleague to respectfully plead for your leniency. My colleague has recently made some mistakes and is now facing legal consequences. I fully understand that his actions have violated the law, but he has always been a diligent and honest person. This incident was the result of a moment of carelessness and impulsiveness.

He deeply regrets and blames himself for what happened, and he has come to fully recognize the seriousness of his mistake. He has promised to reflect seriously on his behavior and to take active steps to make amends. I truly believe he has learned a valuable lesson and will approach his future work and life with greater caution and responsibility.

As his colleague, I know well that he has consistently performed well in his job and has always shown great passion and a strong sense of responsibility. His mistake does not define who he is. It was a lapse in judgment rather than a reflection of his true character. I believe that after going through this incident, he will become more cautious and mature in handling both work and life matters.

In closing, I sincerely ask that you consider his remorse and determination to change, and grant him a chance to turn over a new leaf. I am confident he will cherish this opportunity and strive to  become a better person.

With the utmost respect,
**Jiamin Xie**

尊敬的法官：

您好！

我写这封信，是为了代表我的同事向您求情。我的同事近期犯下了一些错误，现在正面临法律的制裁。我深知他的行为已经触犯了法律，但他一直以来都是一个勤奋、诚实的人，这次的事件只是一次疏忽和冲动。

他对于这次的事件深感懊悔和自责，也认识到了自己的错误。他承诺将认真反思自己的行为，并采取积极的措施来改正自己的错误。我相信他已经从中吸取了教训，并将以更加谨慎和理智的态度面对未来的工作和生活。

作为他的同事，我深知他在工作中一直表现优秀，并且对于工作充满热情和责任心。他的失误并不代表他的本质，而只是一时的疏忽和冲动。我相信他在经历了这次事件之后，将更加谨慎和成熟地处理工作和生活中的问题。

最后，我恳请您能够考虑到他的懊悔态度和积极改正的决心，给予他一个改过自新的机会。我相信他会珍惜这次机会，努力成为一个更好的人。

此致

敬礼

谢家敏