# EXHIBIT D

**Dear Honorable Judge,**

Greetings! I write this letter to respectfully plead for leniency on behalf of a manicurist whom I deeply admire.

Over the past year, he has created countless beautiful manicures for me with his exceptional skills and unwavering patience, each one bringing me great joy and satisfaction.

He is not only a highly skilled professional, but also a kind-hearted person. Through our conversations, I came to understand how deeply remorseful he feels about the mistake he made out of ignorance. His regret is heartfelt and sincere, and I truly empathize with his pain and feel saddened by the situation.

I believe that everyone makes mistakes, but what truly matters is whether one can learn from them and genuinely seek to change. He has repeatedly expressed his hope for the future and his determination to improve himself. I firmly believe that he has the ability to get back on his feet and continue using his gifted hands to create value for society.

Therefore, I sincerely ask Your Honor to show leniency and grant him a second chance to turn his life around so that clients who appreciate him, like myself, may continue to enjoy the beauty and happiness he brings.

With sincere respect,

**Liping Lei**
**February 20, 2025**

尊敬的法官：您好！我谨以此信，为我深为敬佩的美甲师求情。在过去的一年多里，他以其精湛的手艺与无 比的耐心，为我打造了无数次心仪的美甲，每一次都让我满心欢喜。 他不仅是技艺高超的美甲师，更是一 个心地善良的人。在我与他的交谈中，我得知他深感后悔，对自己的无知所犯下的错误痛心疾首。他的悔 意，我感同身受，也深感惋惜。我相信，每个人都有犯错的时候，但重要的是能否从中汲取教训，真心悔

过。他多次表达了对未来的渴望与改变的决心，我坚信他有能力重新站起来，继续用他那双灵巧的手为社

会创造价值。　因此，我恳请法官大人能从宽发落，给予他一个改过自新的机会。让喜欢他的客户，如我一样，能继续享受他带来的美丽与快乐。 此致 敬礼！雷丽萍 2025/2/20

---

**Dear Honorable Judge,**

Greetings.

I am a close friend of the defendant. My name is Xingkang Ding.

After my good friend was charged with money laundering, each time he came to me, he tearfully  expressed deep regret for committing such an act. He told me that if he were given another  chance, he would never engage in any criminal behavior again. I truly believe that he has the  potential to change for the better.

Here, I sincerely apologize to you for his ignorance and mistakes. Please believe that this crime  was not committed out of malicious intent. He is filled with remorse and self-blame. He fully  understands the tremendous harm his actions have caused to both society and his family. He is  willing to accept the punishment of the law, but he also sincerely hopes for a chance to turn his  life around. I respectfully ask for your leniency in his sentencing.

Sincerely,

**Xingkang Ding**

尊敬的法官大人

您好

我是被告人的好友我叫丁兴康，我好朋友犯洗钱罪被控告后，他每次在我这里哭诉他非常后悔做了这种事情，他和我说 再给他一次机会他他绝对不会做犯罪的事情，我相信他会变好的。

在此，我为他的无知和错误向您诚恳地道歉。请相信，他此次犯罪并非出于本意，他深感悔恨和自责。他 深知自己所犯下的罪行给社会和家人带来了极大的伤害，他愿意接受法律的制裁，同时也渴望能够得到改 过自新的机会，愿法官从轻审判。

丁兴康

---

**Dear Honorable Judge,**

Greetings!

My name is Jinhong Zhang, and I am a close friend of the defendant. Please believe that his crime was a result of a momentary lapse in judgment. After realizing the gravity of his mistake, he has been filled with deep regret and has made a firm decision to turn his life around and contribute positively to society. His family is also heartbroken by the situation and is fully committed to supporting him in correcting his mistakes and reintegrating into the community.

I hereby sincerely plead with you to take into consideration his moment of confusion and the financial hardship his family is facing, and grant him a chance to reform. I respectfully ask that you show leniency in your sentencing.

With sincere respect,

**Jinhong Zhang**

尊敬的法官大人

您好！

我叫章金洪，我是被告的好朋友。请您相信，他此次犯罪只是一时失足。在认识到自己的错误后，他后悔 莫 及，他已经决心重新做人，为社会作出贡献。他的家人也深感痛心，愿意全力支持他改正错误，重新融 入社 会。

在此，我恳请您能够念在他是一时迷茫、家庭贫困的份上，给予他一次改过自新的机会。请您在判决时能 够 从轻处理。

此致 敬礼

章金洪

D7

**Dear Honorable Judge,**

Greetings!

I am a friend of Changgui Huang, and I am writing this letter to respectfully request a lenient sentence for him.

He has made a mistake and deeply regrets his actions. He has accepted the legal consequences and has shown sincere remorse, actively cooperating with the authority.

He is a responsible and kind-hearted person, and his family and friends are well aware of that. His wrongdoing was not driven by malice, but rather by ignorance. I hope that you can take this into account and impose an appropriate punishment.

Lastly, I once again request your leniency in his sentencing and ask that you grant him an opportunity for reform.

Thank you for taking the time to read my letter.

With utmost respect,

**Fafei Chen**

尊敬的法官先生/女士：

您好！

我是黄昌贵的朋友，我写这封信是为了请求您对他的轻判。

他犯下错误，对此深感后悔，也接受了法律的制裁。他一直表现出深深的悔意，并积极配合相关部门。 他是一个有责任心和善良的人，他的家人和朋友都深知这一点。他犯下错误并非出于恶意，而是出于无知 。我希望您能考虑到这一点，对他的惩罚能够适度。

最后，我再次请求您对他的轻判，给他一个改过自新的机会。

谢谢您抽出时间阅读我的信件。

此致

敬礼！

陈发飞

**Dear Honorable Judge,**

Greetings. My name is Xiangyong Zeng, and I am a very close friend of Changgui Huang. After learning about his offense, I felt compelled to write this letter to you. I understand that this letter cannot change the fact that he has committed a crime, but I still hope it might draw your attention to his personal circumstances.

I firmly believe that everyone makes mistakes at some point in their lives. The key is whether one can recognize those mistakes and make genuine efforts to correct them. Changgui Huang is now under immense pressure due to the consequences of this case, and he has expressed deep remorse and self-blame time and time again.

I sincerely ask that you give him a chance to prove that he is capable of becoming someone who can contribute positively to society.

Respectfully,

**Xiangyong Zeng**

*尊敬的法官*：您好！我叫曾祥勇，我黄昌贵还是非常要好的朋友，在我得知他犯罪后，我觉得给法官您写一封信，我知道，这封信无法改变他已经犯下的罪行，但我仍然希望能够引起您对他情况的关注。我深信，每个人都有犯错的时候，关键在于是否能够认识到错误并积极改正。他已经深感这次判决给他带来的巨大的压力，他已无数次的忏悔和自责，请您给他一个机会，让他证明自己有能力成为一个对社会有益的人。*曾祥勇*

---

Greetings.

My name is Canjian Lin, and I am a close friend of the defendant, Changgui Huang. I am writing this letter to respectfully plead for leniency in his case. I understand that he has committed the crime of money laundering, a serious violation of the law that brings harm to others and to society.

He was once an innocent and kind-hearted person. However, due to his lack of life experience and poor judgment, he was misled and taken advantage of, which led him down the path of crime. This case has had a profound impact on him. In addition to facing legal consequences, he has also lost many precious things, such as his freedom, trust, and friendships.

I sincerely hope that you will take his personal circumstances into consideration and give him a chance to turn his life around. I believe that, deep down, he is still a good person who made a mistake under the wrong influence and in the wrong environment. He now fully realizes the gravity of his actions and feels deep remorse and guilt. He has promised to actively correct his behavior and work hard to make up for his wrongdoings.

Thank you for your time and understanding.

Sincerely,

**Canjian Lin**

*尊敬的法官*：您好！我是被告的好友我叫林灿健，写这封信，是为了为我朋友黄昌贵的案件向您求情。我朋友他犯了下了洗钱罪，我深知这是严重的违法行为，给他人和社会带来了极大的危害。他曾经是一个天真无邪、心地善良的人，但由于缺乏社会经验和辨别能力，被人利用和误导，走上了违法犯罪的道路。他在这起案件中受到了极大的影响和伤害，不仅面临法律的制裁，也失去了很多宝贵的东西，包括自由、信任和友谊。我希望您能够考虑到他的实际情况，给予他一个改过自新的机会。我相信他内心深处还是一个善良的人，只是在错误的环境和误导下犯了错误。他现在意识到了自己的错误，并且深感懊悔和自责。他承诺将积极改正自己的行为，并且为弥补自己的过失而努力。此致 敬礼 林灿*健*

**Dear Honorable Judge,**

Greetings!

My name is Changliang Lin, and I am a friend of the defendant, Changgui Huang. I am writing this letter to humbly plead for leniency in his case. I fully understand that he has committed the crime of money laundering, a serious offense that has caused significant harm to others and to society. As his friend, I feel deep pain and disappointment over his actions.

My friend is a young and promising individual who once had a bright future ahead of him. Unfortunately, due to a moment of confusion and a poor decision, he strayed from the right path and committed a serious offense. He now clearly recognizes the severity of his mistake.

In closing, I would like to express my sincere appreciation for your time and attention in handling and judging this case. I have faith in your fairness and wisdom, and I believe you will help guide my friend back onto the right path so that he may become someone who contributes positively to society.

Thank you for taking the time to read this letter of appeal. I sincerely hope you will grant my friend an opportunity to reform and start anew.

Respectfully,

**Changliang Lin**

***尊敬的法官***：您好！我叫林昌梁，是被告的朋友。写这封信，是为了为我朋友黄昌贵的案件向您求情。我深知他犯下了洗钱罪，这是严重的违法行为，给他人和社会带来了极大的危害。我作为他的朋友，对他的行为感到非常痛心和失望。我朋友是一个年轻有为的年轻人，他曾经有着美好的未来和光明的前途。然而，由于一时的糊涂和错误的选择，他走上了违法犯罪的道路，给他人和社会带来了极大的危害。他已深知错误。 最后，我再次感谢您对这起案件的审理和判决。我深信您的公正和智慧一定会让我朋友重新回到正轨上，成为一个对社会有益的人。谢谢您抽出时间阅读我的求情信，期待您给予我朋友一个改过自新的机会。此致 敬礼！林昌***梁***

---

**Dear Honorable Judge,**

Greetings!

My name is Xingqing Chen, and I am the older male cousin of the defendant. I am writing this letter to respectfully request a lenient sentence for my cousin.

I fully acknowledge the mistake my cousin has made, but I want to emphasize that he is a kind-hearted and responsible person. His offense was the result of a momentary lapse in judgment. While his actions did cause harm to others, he feels deeply remorseful and guilty about what he has done.

I hope that you will consider his sincere regret and positive attitude, and grant him an opportunity to reform and start anew.

Thank you for your time and consideration!

Respectfully,

**Xingqing Chen**

D16

***尊敬的法官***：您好！我是被告的表哥, 我叫陈兴庆, 我写这封信是为了请求您对我表弟的轻判。我深知我表弟犯下的错误, 但他是一个善良、有责任心的人, 只是一时冲动犯下错误。他的行为确实对他人造成了伤害, 他对此深感愧疚。希望您能考虑到他的真诚悔意和积极态度, 给予他一个改过自新的机会。谢谢您！ 此致 敬礼！陈兴庆

**Dear Honorable Judge,**

Greetings!

I am the aunt of the defendant, Changgui Huang, and I am writing this letter to respectfully request leniency in his case.

He has always been an honest and hardworking young man. The mistake he made this time was the result of negative influences, not intentional wrongdoing. He now fully recognizes his error and feels deep remorse.

His family relies on him for support, and his child is growing up and needs a father's presence and guidance. I sincerely hope you will take these circumstances into consideration and grant him an opportunity to reform and start anew.

Thank you for taking the time to read this letter. I truly hope you will consider my request.

Respectfully,

**Dongju Huang**

**尊敬的法官**：您好！我是被告人黄昌贵的阿姨，写这封信是为了请求您对他从轻处理。他一直是一个诚实努力的年轻人，这次犯错是因为受到了一些不良影响，绝对不是有意为之。他现在已经认识到了自己的错误，内心非常懊悔。他的家庭需要他的支撑，他的孩子正在成长，不能没有父亲的陪伴。希望您能考虑到这一点，给予他一个改过自新的机会。谢谢您花时间阅读这封信，我真心希望您能够考虑我的请求。此致 敬礼！ 黄冬**菊**

**Dear Honorable Judge,**

Greetings!

My name is Huang Chen, and I am a friend of the defendant. I respectfully plead for leniency in the case where he is accused of conspiracy to commit money laundering.

He has always been an honest and trustworthy person. This mistake was the result of being misled and influenced by others. He deeply regrets his actions and is willing to take legal responsibility. His family depends on his care, and the community also values his contributions.

I sincerely hope you will take these factors into consideration and give him an opportunity to reform and start anew.

Respectfully,

**Huang Chen**

February 19, 2024

*尊敬的法官*：您好！我是被告朋友，我叫陈煌，我恳请您从轻处理他被指控的串谋洗钱案。他一直是一个诚实守信的人，这次犯错是因为受到了他人的诱导和误导。他对自己的行为深感懊悔，也愿意承担法律责任。他的家人需要他的照顾，社区也需要他的贡献。希望您能考虑这些因素，给予他一个改过自新的机会。此致 敬礼 陈煌

*2024年 2月19日*

**Dear Honorable Judge,**

Greetings!

I am writing this brief letter on behalf of my brother, hoping to ask for your forgiveness on his behalf.

He made a mistake in a moment of impulse, and he deeply regrets it. He sincerely acknowledges his wrongdoing and is willing to take full responsibility.

I hope you will consider his remorseful attitude and grant him a second chance. He is determined to make the most of this opportunity and contribute positively to society.

Thank you very much!

**Xianghai Chen**

*尊敬的法官*：您好！我代表我的兄弟，写下这封简短的信，希望能为他求得您的宽恕。他因一时的冲动，犯下了错误，对此深感后悔。他真诚地承认自己的错误，并愿意为此负责。 希望您能考虑到他的悔过态度，给予他一个改过自新的机会。他将会珍惜这次机会，积极为社会做出贡献。谢谢您！ 陈向*海*

---

**Dear Honorable Judge,**

Greetings!

My name is Guangdong Chen.  I am writing this letter to respectfully plead for leniency on behalf of my friend, Changgui Huang, who is currently facing legal consequences for his involvement in a money laundering case.

I understand that my friend has come to realize the seriousness of his mistake and is filled with regret. He is a kind-hearted person.  This offense was the result of a moment of confusion. He has always been a law-abiding citizen, and this incident marks his first offense.

I respectfully ask that you consider granting Changgui Huang leniency and offer him a chance to reform. I truly believe he will learn from this experience and turn his life around.

Respectfully,

**Guangdong Chen**

***尊敬的法官***：您好！我叫陈光栋 我写这封信是为我的朋友黄昌贵求情。他因涉嫌洗钱罪而面临法律责任。我知道我的朋友已经意识到自己的错误，他后悔不已。他是个善良的人，这次行为是一时糊涂。他一直以来都是一个遵纪守法的好公民，这次事件是他的第一次犯错。 我请求您考虑给予黄昌宽大处理，给他一个改过自新的机会。我相信他会从这次事件中吸取教训，重新做人。此致 敬礼！陈光栋

**Dear Honorable Judge,**

Greetings!

My name is Haoqing Chen, and I am a close friend of the defendant.

Changgui Huang is a person who has always shown a strong sense of responsibility toward his family and society. His actions were the result of a moment of confusion and a lack of proper understanding of the law. He has now come to fully realize his mistake and feels deep remorse.

I sincerely hope that you will consider his personal circumstances and grant him an opportunity to reform and start anew.

Thank you for your attention. I look forward to your kind response.

Respectfully,

**Haoqing Chen**

*尊敬的法官*：您好！我是被告的好友我叫陈豪清 黄昌贵是一个对家庭、社会有责任心的人，他的行为是一时糊涂，对法律认识不清。他现在已经意识到自己的错误，深感后悔。希望法官能够考虑他的实际情况，给予他一个改过自新的机会。谢谢您的关注，期待您的善意回复。此致 敬礼！陈豪*清*

---

**Dear Honorable Judge,**

Greetings!

My name is Linyang Huang.  I am a close friend of the defendant.  I want to plead for your understanding regarding the wrong choice he made.

Due to the pressure from his impoverished family, he was led astray and committed the crime of money laundering. However, he is inherently kind-hearted and has never acted with the intention of harming others. His actions stemmed from ignorance and a difficult personal situation.

He has since shown genuine remorse and is determined to change. I respectfully ask that you consider granting him a second chance, an opportunity to reform, return to society, and fulfill his responsibilities to his family while making a positive contribution to the community.

Thank you for your time and thoughtful consideration!

Respectfully,

**Linyang Huang**

XXX

*尊敬的法官先生*：您好！我叫黄林阳，是被告的好友，我想为他错误的选择向您求情。他因贫困家庭的压力，误入歧途，触犯了洗钱罪。但他本质纯良，从未恶意伤害他人。此次是他的无知与困境所导致的。他已悔改。希望您能考虑给予他一个改过自新的机会，让他重新回归社会，为家人尽责，为社会贡献。*感谢您抽出宝贵时间并给予周到的考虑。* 此致 敬礼！黄林*阳 XXX*

---

**Honorable Judge,**

Greetings!

I am writing this letter to respectfully request leniency for my close friend. Due to immense family pressure, he made a wrong decision and was involved in a money laundering offense. I know him to be a kind and responsible person who simply made a poor judgment in the face of hardship.

He has always worked hard to provide a better life for his family and never intended to take shortcuts or break the law. I truly believe he deeply regrets his actions and has already learned a valuable lesson from this experience.

I sincerely hope that you will take into consideration his difficult family situation and his genuine remorse, and grant him an opportunity to start anew. I am confident he will make the most of this chance and become a law-abiding and upstanding citizen.

Thank you very much for your understanding and compassion!

With deepest respect,

**Zhongri Huang**

***尊敬的法官先生***：您好！我写这封信，是为了请求您对我好友的宽大处理。他因为家庭压力大，做出了错误的选择，触犯了洗钱罪。我知道他是一个善良、有责任心的人，只是面对困境时做出了错误的判断。他一直努力工作，为家人创造更好的生活，但他从未想过走捷径，触犯法律。我相信他深感懊悔，并且已经从中吸取了教训。我希望您能够考虑到他的家庭状况和悔改的态度，给予他一个重新开始的机会。我相信他会珍惜这次机会，成为一个遵纪守法的好公民。***非常感谢您的理解与宽容***！此致 敬礼！***黄忠日***

---