

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MJC
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 25, 2025

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Lingming Zeng
     Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

  Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Lingming Zeng, in the above-referenced case. Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about February 19, 2025, the United States was directed to judicially seize and commence publication as to forfeitable assets therein. Publication was completed on May 22, 2025. *See Declaration of Publication*, Docket No. 318. No third-party claims have been filed and the time to do so has expired.

  In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the government therefore respectfully requests that the Court enter the enclosed proposed Final Order of Forfeiture.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

     By: /s/ Michael J. Castiglione
        Michael J. Castiglione
        Assistant U.S. Attorney
        (718) 254-7533

Encl.: Final Order of Forfeiture
cc:  Counsel of Record (by ECF)