**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BW/MG/RB
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Cencheng Luo
Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

The parties are scheduled to appear before the Court on August 19, 2025 at 12:30 p.m. for a status conference in the above-referenced matter. For the reasons stated below, the parties respectfully request that: (i) the defendant Cencheng Luo ("Luo")[1] be excused from the August 19, 2025 status conference, (ii) the Court set a control date for a status conference for Luo for July 30, 2026, and (iii) the Court enter an order of excludable delay as to Luo until July 30, 2026.

As the Court is aware, 10 of Luo's 11 co-defendants—Jin Hua Zhang, Yanbin Chen, Yanbing Chen, Changgui Huang, Xin Jin, Cunzhong Liu, Jiahui Miao, Lingming Zeng, Jin Fu Zhang and Hua Zhou—have pled guilty to various counts of the above-captioned indictment.

On July 28, 2025, the government and Luo entered into a deferred prosecution agreement (the "DPA"). Under the terms of the DPA, the government agreed to defer prosecution of Luo until one year from the date of signing (the "Deferral Period"). The government anticipates moving to dismiss the indictment with prejudice as to Luo, pursuant to

[1] In the indictment and on the docket, Luo is referred to as Chen Chen. After indictment, the government learned that Cencheng Luo is the defendant's government name, rather than Chen Chen. On June 13, 2023, the Court granted the government's request to amend the indictment to reflect Luo's government name.

Federal Rule of Criminal Procedure 48(a), after the Deferral Period, assuming that Luo remains in full compliance with his obligations under the DPA.

Accordingly, the government, with the consent of Luo's counsel, respectfully requests that the Court excuse Luo from the August 19, 2025 status conference, set a control date for a future status conference on July 30, 2026 and enter an enter an order of excludable delay as to Luo until the next conference control date. See 18 U.S.C. § 3161(h)(2).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *Benjamin Weintraub*
Benjamin Weintraub
Miranda Gonzalez
Raffaela Belizaire
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (LDH) (by ECF)
Counsel of record (by ECF)