# EXHIBIT A


Hamilton Madison House

August 1, 2025

75 Maiden Lane
Suite 607
New York, NY 10038

Dear Mr. Glenn Morak, Attorney at Law:

This letter is to state that Mr. Cunzhong Liu (D.O.B: 11/13/1994) attended the treatment sessions with the frequency of once per week to address substance use disorder and mental health concerns at Hamilton-Madison House, Asian American Recovery Services (OASAS Certified Part 822 Outpatient Treatment Program). The followings are his attendance performance.

- Mr. Liu started his treatment at this program on 03/21/2025.
- Mr. Liu has attended 20 sessions till today, including 17 in-person individual counseling sessions (03/21/2025, 03/27/2025, 04/04/2025, 04/11/2025, 04/18/2025, 04/29/2025, 05/09/2025, 05/16/2025, 05/30/2025, 06/06/2025, 06/13/2025, 06/23/2025, 06/27/2025, 07/11/2025, 07/16/2025, 07/25/2025, 08/01/2025), 1 telehealth individual counseling session (05/22/2025), and 2 telehealth psychiatric appointments (05/15/2025, 07/09/2025).
- Mr. Liu received partially supervised urine toxicology tests during every in-person individual session since 03/21/2025. He was tested negative for Amphetamines on 03/21/2025, 03/27/2025 and 06/13/2025. He was tested positive for Amphetamines on 04/04/2025, 04/11/2025, 04/18/2025, 04/29/2025, 05/09/2025, 05/16/2025, 05/30/2025, 06/06/2025, 06/23/2025, 06/27/2025, 07/11/2025, 07/16/2025, 07/25/2025. Lab results for Amphetamines are pending for 08/01/2025.

During the treatment course, Mr. Liu was open to discussing his substance use and mental health concerns. Topics including triggers for substance use, coping skills, and support system were explored. The session will continue to address his substance use and mental stressors and provide recovery support.

Licensed by the New York State Office of Mental Health and New York State Office of Addiction Services and Support

253 South Street New York, NY 10002     TEL: 212-720-4540/4520     www.hmhonline.org



If you have any further questions, please feel free to contact me at (212)-720-4521. Thank You.

Yours sincerely,

Jenny Wang, LMHC
Behavioral Health Clinician
Asian American Recovery Services
Hamilton-Madison House

Elly Chu, CARN, CASAC-G
Clinical Coordinator
Asian American Recovery Services
Hamilton-Madison House