# EXHIBIT B

**TRANSLATION:**

Honorable Judge DeArcy Hall,

Greetings!

My name is Jindong Liu, and I am a car service driver via online booking, as well as the cousin of Cunzhong Liu. We have grown up together and have had a deep relationship for over 30 years. I am writing this letter to express my understanding of Cunzhong Liu and to kindly ask for your leniency in your judgment of him.

Cunzhong Liu is a very kind, honest, and diligent person. In his family, he is not only a father to his child, but also shoulders the responsibility of caring for his elderly parents. My uncle, Cunzhong Liu's father, has been in poor health and can no longer work. Cunzhong Liu was doing his best to ease the financial burden of the family while he took care of his father. In the eyes of his family, he is a person with a strong sense of responsibility, always willing to give everything for the happiness of his loved ones. His child is still young and needs the companionship of his father, while his parents need him to provide support during their old age.

This incident has led Cunzhong Liu to make a mistake, but he has deeply recognized his wrongdoing and expressed sincere regret. He has confided in me many times that he is extremely sorry for his actions and hopes to make amends through hard work, with the goal of regaining the trust of his family and society. He is well aware of the significant impact his mistake has had on his family, particularly on his parents and child, and he is determined to change. He hopes to rebuild his life through lawful and diligent work.

As his cousin, I am very familiar with Cunzhong Liu's character and abilities. He is someone who is not afraid of hard work and always takes practical action to fulfill his responsibilities to his family and society. I firmly believe that if he is given a chance to start over, he will prove himself through his efforts and continue to be someone his family and society can rely on.

Honorable Judge, I sincerely ask you to consider his family situation and responsibilities when making your judgment. Please grant Cunzhong Liu an opportunity to serve his sentence without imprisonment, so that he can continue to care for his ailing father and young child, and make up for his mistakes through his own efforts. Our whole family will fully support him in helping him get back on the right path. I believe he will cherish this opportunity and demonstrate through his actions that he deserves the trust of society.

Thank you for taking the time to read this letter. Should you require any further insights or support from me, I am always available to assist.

Yours sincerely,
Jindong Liu

尊敬的DeArcy Hall法官：

您好！

我叫刘金东，是一名通过线上预约平台提供汽车服务的司机，同时也是刘存忠的堂兄。我们从小一起长大，已有三十多年的深厚感情。我写此信的目的是表达我对刘存忠的了解，并恳请您在对他的判决中予以宽大处理。

刘存忠是一个非常善良、诚实且勤劳的人。在他的家庭中，他不仅是孩子的父亲，还承担着照顾年迈父母的重任。我叔叔，也就是刘存忠的父亲，身体状况一直不好，已经无法工作。为了减轻家庭的经济负担，刘存忠一直在努力工作，同时照顾着他的父亲。在家人眼中，他是一个极具责任感的人，始终愿意为亲人的幸福倾尽全力。他的孩子还年幼，正是需要父亲陪伴的年纪，而他的父母也需要他在晚年给予照顾与支持。

这次事件导致刘存忠犯下了错误，但他已经深刻认识到了自己的过失，并表示了由衷的悔意。他多次向我倾诉，表达了对自己行为的深深懊悔，并希望通过努力工作来弥补错误，重新赢得家庭和社会的信任。他深知这一错误对家庭，特别是对父母和孩子造成了严重影响，因此下定决心要改过自新，希望通过合法和勤奋的劳动重建生活。

作为他的堂兄，我非常了解刘存忠的为人和能力。他不惧辛劳，总是以实际行动来履行对家庭和社会的责任。我坚信，如果能给予他一个重新开始的机会，他一定会通过自己的努力证明自己，继续做一个让家人和社会信赖的人。

尊敬的法官，我诚挚地请求您在判决时考虑他的家庭情况与所承担的责任。请允许刘存忠以非监禁的方式服刑，让他能够继续照顾年迈多病的父亲和年幼的孩子，并通过自身的努力来弥补过失。我们全家人都会全力支持他，帮助他回到正确的道路上。我相信他会珍惜这次机会，用实际行动证明他值得社会的信任。

感谢您抽出宝贵时间阅读这封信。如果您需要我提供更多的情况或支持，我随时愿意协助。

此致
敬礼！

刘金东 敬上

[TRANSLATION:]

Honorable Judge LaShann DeArcy Hall,

Greetings!

I am Mr. Cunzhong Liu's roommate. Over the past year, he has been living with me under home detention. I am writing this letter in the hope that you will consider his current circumstances when determining his sentence and show leniency.

Throughout this past year, I have personally witnessed the heavy toll this case has taken on Mr. Liu. He has been wearing an electronic ankle monitor 24 hours a day and is not allowed to leave home without court permission. He has no source of income, his life is extremely restricted, and he has been in a constant state of anxiety and remorse. To be honest, this period has already served as a form of substantial punishment for him.

Despite the hardships, he has maintained a law-abiding and restrained attitude. He stays home every day, avoids outside contact, reflects seriously on his mistakes, and has repeatedly expressed sincere remorse. I can feel that his regret is genuine and that he longs to start over and become a better person.

Therefore, I earnestly ask you to take into account the limitations he has endured during his home detention and the efforts he has made to repent. I truly believe that imposing further incarceration may be counterproductive, and that giving him an opportunity to reform now would be the more constructive path.

Thank you for reading this letter and for giving voice to our concerns amidst your busy schedule.

Respectfully,

Wei Chen
(Mr. Cunzhong Liu's roommate)

尊敬的 LaShann DeArcy Hall 法官阁下：

您好！

我是刘存钟先生的室友，在过去的一年中，他一直在与我共同居住，并处于居家拘留状态。我写这封信，是希望您在量刑时，能考虑到他目前所经历的现实处境，从轻处理。

在这一年里，我亲眼见证了这起案件对刘先生的沉重打击。他每天24小时佩戴电子脚镣，未经法院许可不得离家一步。他没有任何收入，生活高度受限，情绪一直处在焦虑与自责之中。说实话，这段时间对他来说，已经是一种实质性的惩罚。

尽管生活艰难，他始终保持守法和克制的态度。他每天待在家中，不与外界往来，认真反思自己的过错，并多次表达悔意。我能感受到，他的悔恨是真诚的，他渴望重新开始、重新做人。

因此，我恳请您考虑他目前居家拘留期间所承受的限制，以及他为悔改所做出的努力。我真心相信，继续判处监禁可能反而适得其反，而现在给予他一个改过自新的机会，将是更有益的选择。

感谢您阅读这封信，并在百忙中给予我们的声音一个机会。

此致
敬礼！

陈伟
（刘存钟先生的室友）

[TRANSLATION:]

Honorable Presiding Judge DeArcy Hall,

Greetings!

My name is Yanqin Liu, and I am Cunzhong Liu's sister. I am writing this letter to share my understanding of my brother and to respectfully request that you show leniency in your sentencing.

Cunzhong Liu is a kind, honest, and hardworking person. In our family, he is not only a father to his child but also a vital source of support for our elderly parents. Due to my father's poor health, he is no longer able to work. My brother was doing his best to shoulder the financial burden while also took care of our aging parents. As the pillar of our family, he has always fulfilled his responsibilities through concrete actions. His child is still very young and in great need of a father's presence, while our parents' health also makes them more dependent on his care and support.

This incident has led Cunzhong Liu to make a serious mistake, but he has come to deeply recognize his wrongdoing and has shown sincere remorse. He has repeatedly expressed to me how deeply he regrets his actions and how determined he is to change, to regain the trust of both his family and society. He is fully aware of the harm his mistake has caused, especially to his parents and child, and he is resolved to start anew through honest and diligent work.

As his sister, I know him well, both his character and his capabilities. He has never shied away from hardship and has always taken real responsibility for our family. I truly believe that if given a second chance, he will prove himself through hard work and continue to be someone his family and community can rely on.

Honorable Judge, I sincerely ask that you take into consideration his family responsibilities and circumstances when issuing your judgment. I respectfully request a non-custodial sentence, so that he can continue to care for our frail father and his young child, and work to make amends through his own efforts. Our entire family will support him fully and help guide him back onto the right path. I am confident that he will cherish this opportunity and demonstrate through his actions that he is worthy of society's trust.

Thank you for taking the time to read this letter. Should you need any further information or support from me, I am more than willing to cooperate.

Respectfully,

Yanqin Liu

尊敬的法官德阿尔西·霍尔（Honorable Presiding Judge DeArcy Hall）：

您好！

我叫刘艳钦，是刘存钟的姐姐。我写这封信，是想向您表达我对弟弟刘存钟的了解，并恳请您在对他的判决中给予宽大处理。

刘存钟是一个非常善良、诚实、勤奋的人。在家庭中，他不仅是孩子的父亲，还是年迈父母的依靠。由于我的父亲（刘存钟的父亲）身体不好，已经无法继续工作，弟弟一直在尽力分担家庭的经济压力，同时照顾年迈的父母。作为家中的支柱，他始终用实际行动履行着责任。刘存钟的孩子年幼，正是需要父亲陪伴的年纪，而父母的身体状况也使他们更需要他的照顾与支持。

此次事件让刘存钟犯了错误，但他已经深刻认识到自己的过失，并表现出强烈的悔意。他多次向我坦言自己对行为深感后悔，并希望通过努力改过自新，重新赢得家人和社会的信任。他深知自己的错误对家人，尤其是对父母和孩子造成了多大的影响，因此他下定决心要改变，并希望通过合法、勤奋的工作重新开始自己的生活。

作为姐姐，我非常了解刘存钟的性格和能力。弟弟从不怕吃苦，总是用实际行动履行对家庭的责任。我坚信，如果他能够获得一次重新开始的机会，他一定会通过努力证明自己，继续成为家人和社会可以依赖的一员。

尊敬的法官，我恳请您在判决时考虑到他的家庭状况和责任，给予刘存钟一次非监禁的机会，让他能够继续照顾身体虚弱的父亲和年幼的孩子，并通过自身的努力弥补过错。我们全家都会尽全力支持他，帮助他走上正确的道路。我相信，他会珍惜这次机会，并用行动证明自己值得社会的信任。

感谢您抽出宝贵时间阅读此信。如有需要进一步了解我的想法或支持，我随时愿意配合。

此致
敬礼！

刘艳钦。