# EXHIBIT C

**TRANSLATION:**

To the Honorable Judge DeArcy Hall,

Greetings! My name is Cunzhong Liu. I am writing this letter to express my sincere regret for the mistakes I have made and to humbly request that the court consider giving me an opportunity to start over.

First, I would like to make it clear to the court that I fully recognize the mistakes I have committed and am willing to take full responsibility for my actions. In this case, my behavior not only violated the law but also harmed others and caused disappointment to my family and friends. I deeply regret this and understand that I must face the consequences of my actions. I voluntarily turned myself in to the authorities to demonstrate my willingness to accept judgment and take responsibility for my behavior.

Although I have no previous criminal record, my conduct in this case was clearly illegal and I have only myself to blame. As an adult, I should be responsible for everything I choose to be involved in. I have learned a valuable lesson from this experience: no matter the circumstances or how much pressure one faces, one must always abide by the law and maintain integrity.

I have deeply reflected on my actions and am determined to make a complete change. I have stopped all illegal activities and pledge to strictly follow the law in the future. I hope to have the chance to stay with my family and continue fulfilling my responsibilities as a father and a son. During my time under house arrest, I have reconnected with my family, and this period has made me realize that they need me, and I need a stable and lawful environment to regain my strength.

If I am granted a sentence other than imprisonment, I plan to continue vocational training to improve my skills and work hard to find legitimate employment and obtain legal status. I hope that, in the future, I can support my family through my own efforts and give back to society. I believe that I can become a law-abiding, valuable member of society.

I once again respectfully ask the court to consider my remorse and the direction of my future efforts, and to grant me an opportunity to start over. I will prove my sincere regret through my actions and will not disappoint the court's forgiveness and trust.

Thank you for your time and consideration.

Yours sincerely,
Cunzhong Liu

尊敬的 DeArcy Hall 法官：

您好，我是刘存钟，在此写下这封信，向您表达我对自己所犯错误的深刻悔过，同时也真诚地请求法院能给予我一次重新开始的机会。

首先，我想向法庭表明，我完全认识到自己所犯下的错误，并愿意为此承担全部责任。在案件中，我的行为不仅违反了法律，也伤害了他人，并让我的家人和朋友感到失望。我对此深感愧疚，也明白自己需要面对这一切带来的后果。我自愿向执法部门投案，就是为了表明我愿意接受审判、为自己的行为负责的态度。

虽然我此前没有犯罪记录，但我在本案中的行为显然是非法的，我只能责怪自己。作为一名成年人，我应当对自己参与的每一件事情负责。我从中学到了宝贵的教训，那就是无论环境如何、压力多大，都必须遵守法律、坚持正直的做人原则。

我深刻反思了自己的行为，并决心彻底改变。我已经停止了所有的违法活动，并承诺未来严格遵守法律。我希望能够有机会留在我的家人身边，继续履行我作为父亲和儿子的责任。在家拘期间，我与家人重新建立了更紧密的联系，这段时间让我认识到，他们需要我，我也需要一个稳定、合法的生活环境来重新振作。

如果能够获得非监禁的判决，我计划继续接受职业培训，提升我的工作技能，努力寻找到合法的工作并获取合法身份。我希望未来能够凭借自己的努力，为家庭提供支持，同时回馈社会。我相信，自己可以成为一个遵纪守法、对社会有用的人。

再次恳请法官能考虑我的悔过与未来的努力方向，给予我一次重新开始的机会。我会用行动证明自己的悔过之心，不辜负法院的宽恕与信任。

谢谢您的时间与考虑。

此致
敬礼
刘存钟