**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************************

United States of America

-v-

Gregory Armand

*******************************************

22 Cr. 458 (LDH)
Docket Number

SUBMITTED BY: Plaintiff ☐ Defendant ☑ DOJ ☐

Name: Sally J.M. Butler, Esq.
Firm Name: Law Office of Sally J.M. Butler
Address: 42-40 Bell Boulevard, Suite 302
Bayside, NY 11361
Phone Number: (516) 318-3255
E-Mail Address: sallybutleresq@yahoo.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☑ NO ☐

**If yes, state description of document to be entered on docket sheet:**

Defendant's Motion to Dismiss with Notice, Declaration, Memorandum of Law, Exhibit A, Exhibit B, and Reply to Government Opposition

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:____________
Judge/Magistrate Judge:____________
Date Entered:____________

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

The submission contains sensitive psychiatric details.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: , NEW YORK

**<u>U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE</u>**

RECEIVED IN CLERK'S
OFFICE____________
DATE

**<u>MANDATORY CERTIFICATION OF SERVICE</u>:**
A.) ☑ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ☐ ; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

August 27, 2025
DATE

SIGNATURE