July 10, 2025

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge DeArcy Hall:

Thank you for taking time to read this personal letter. A friend helped me put my thoughts together and write them out clearly. English is not my first language, so I am grateful for my friend's help.

I accept full responsibility for my part in a money laundering conspiracy. I am ashamed of myself for committing this crime while living as a guest in the United States. America gave me wonderful opportunities for education and business. I am thankful for all the people who loved and supported me here. It breaks my heart to know I showed such disrespect when I violated the law. I have no excuse for breaking the law and harming innocent victims.

My parents raised me to work, study, follow the law, and respect other people. I let them down and caused a lot of pain when I joined a criminal conspiracy. My co-defendants and I cheated our victims and exploited America's financial systems out of greed. I am embarrassed I got so lost and hurt so many people. To everyone I harmed and disappointed, I apologize. I hope my punishment gives some justice to the victims.

Since my case started, I have been thinking about my bad choices and how they fit into my life story. I thought about how I got here, what went wrong, and what I've learned from this experience. I offer this letter to give you more information about me and my background.

I hope this Honorable Court will not misunderstand anything as an effort to minimize my role in these crimes. Please look at it as a way to better understand who I am beyond my part in this criminal conspiracy and after. My actions in this case do not reflect who I am, how I think, or what I want for myself in the future. I hope this letter assists your deliberations over the right sentence to hand down in my case.

**Early Life**

I was born in 1998, in Urumqi, China. Urumqi is located in Northwestern China and has a population of over four million people. My parents sold imported wallpaper in a construction supply center. They grew their business and had six employees. Thanks to

their hard work, we lived in a middle-class apartment with my paternal grandmother. My younger brother was born when I was twelve years old.

My Chinese parents grew up in poverty conditions. My father grew up near Lanzhou, the capital city of Gansu province in Northwestern China. My mother's family is from a small town in Central China. When their business succeeded, my parents moved their families to Urumqi. My mother had seven siblings. My father had five siblings.

As a young child, I behaved well, was a class leader, and got very good grades. I began training in gymnastics before I went to pre-school. I practiced every day and excelled in competitions.

Then, at age ten, I saw violent riots break out on July 5, 2009. That day was like 9/11 for people in Urumqi. I was walking home from school when Uyghur rioters attacked police and citizens. I climbed up a fire escape to get away from danger. I remember seeing rioters jumping on pregnant Chinese women. I saw Chinese men running away from the fight. Cars were on fire; rocks flew through the air; the streets were red with blood as people were violently attacked.

Rioters killed almost 200 Chinese people that day. I saw many dead bodies with arms and heads cut off. A few days later, I got a tattoo of my name on my feet in case that ever happened again. The Chinese police took revenge by shooting into buildings where Uyghurs lived. I felt very shocked and scared by all the violence. I had Uyghur friends and my parents had Uyghur customers. I did not understand why the fighting happened.

My attitude and behavior changed at school after that terrible experience. I thought studying did not matter anymore. I thought it was more important to get strong so we could protect our families. I quit gymnastics and I dyed my hair blue. I got into fights with other kids and with my father. My father often lost his temper and hit me with his belt or his fist.

Around seventh grade, I started going out to karaoke clubs with my mother's younger brother. I saw him smoking meth around lots of beautiful girls. The girls thought it was funny to see me there dancing like crazy since I was so young. I drank whiskey every weekend, stayed out too late, and never finished my homework.

Looking back, I see that I was out of control. I would be very worried if I had a 13-year-old son behaving like I did. I understand now that the shock of the 2009 riots traumatized me. From that time on, I was always on alert for the next attack. I couldn't focus on school and acted out in the clubs with my uncle. My life took a bad turn and I trapped myself in this dysfunction.

2

On the other hand, many people survive terrible shocks as children. They do not all grow up to break the law like I did in this case. I take full responsibility for my illegal activity in this case. I am very sorry that I got involved with a criminal conspiracy.

**Teenage Years**

My parents were worried about me. They thought I needed a big change to help me get back on track. So, when I was fourteen years old, they sent me to a school in Australia where I lived with a Chinese family. Australia is a beautiful country and life is slower there. At that age, I wanted things to go fast.

My behavior did not improve in Australia, whether it was the drugs or my mindset, I was not acting properly. I overreacted to any minor insult or misunderstanding. I drank alcohol almost every day and spent too much time on my smartphone. I could not handle my big feelings. I did not have any peace-of-mind or good habits. I still thought about men running away from the fight during the riots. I thought I had to fight every fight.

I failed my classes and went back to China after two years. I lived with my mother's sister and brother-in-law in Zhengzhou, a big city in east-central China. My uncle worked for an engineering design company that sold HVAC systems to governments, schools, and small cities. My uncle spent time with me and listened to my opinions. He coached me to make careful plans for my future. He taught me how to run a business and gave me books about Chinese business laws.

My uncle also took me to the club where he drank with local government officials and developers. For businessmen like my uncle, these social events were essential. He taught me to speak carefully and always laugh when the officials laugh, even if you don't know why they're laughing. In the club, we drank traditional Baijiu liquor which has between 35% and 60% alcohol. I drank almost every night in Zhengzho. While I was using my brain and learning, I was also drinking too much.

In 2013, I moved to the United States to attend Washington Academy, a private boarding school in East Machias, Maine. Many other students from China were my classmates. That school was very isolated and cold. Once, a black bear sat near me on the bleachers as I watched a soccer game. In my free time, I started an e-commerce business using my smartphone. I earned money as an online luxury watch re-seller with all my customers and wholesalers in China. This was my first business idea and it worked out well for me.

After a year in Maine, I transferred to Windsor High School in Flushing, Queens, as a junior. The school helped me find housing with other international students. I caught up academically and earned good grades. I took extra classes to prepare for the SAT and

TOEFL tests. On weekends, I partied with my friends. Looking back, I can see I had a serious substance abuse problem, but it seemed like normal teenage socializing to me at the time. At least I was finally attending to my studies.

**College, COVID, and Criminal Conspiracy**

After graduating from high school in 2018, I signed up for business courses at a local college. My parents were happy I kept studying, but they could not afford to pay all my fees. So, I restarted my luxury watch resale business. I earned enough money to skate by for a short time, but was unable to keep up with my payments. So, feeling nervous and afraid, I moved to a small apartment in Long Island City and looked for new ways to earn money.

First, I found a luxury car broker who connected Chinese buyers with American sellers. I traveled across America with my backpack scouting for available Mercedes models. When I found a car for sale, my boss arranged the legal purchase and shipping to China. I was very determined and worked around the clock for three months. I felt proud to send a portion of my earnings home to my family.

I returned to New York and got good grades in my global business and economics courses. Then, everything changed when the COVID-19 pandemic started. I was worried for my family when they were locked down in Urumqi. I read about many deaths in China, so I sent home KN95 face masks. I bought them at Home Depot and sent them home. I donated masks to NYPD precincts, a hospital, and a church in Queens. Next, I drove to Miami and Orlando to deliver masks to my friends there.

I was in Florida when the national lockdowns began. I tried to keep up with my classes online while looking for ways to make a living. I learned about real estate investments in Orlando and wanted to go into real estate. I fell in love with the real estate business and decided to start my own company.

Unfortunately, during this busy time, I started using methamphetamine with friends. It was a reckless decision, especially because I knew my mother's younger brother was addicted to meth. My uncle caused a lot of stress when he took out a loan on the family car and spent the money on meth and alcohol. He even went to jail. So, I knew I was playing with fire but abused that dangerous drug anyway. I felt disoriented and overwhelmed between the pandemic crisis, financial stress, and bad drug habits.

Looking back, I should have stepped on the brakes and asked for help. Instead, I made many bad decisions and got involved with a money laundering conspiracy. I am very sorry I ever agreed to participate in this criminal scheme. I am ashamed of myself for making illegal financial transactions like transferring victims' funds through a bank

account. While I did not know the full extent of the criminal scheme, I knew what I was doing was wrong.

Your Honor, I accept full responsibility for my part in this illegal activity. I apologize to the victims for their financial losses and emotional pain. America gave me opportunities for honest work and business. I should not have used American banks for money laundering. I hope other people hear about my sentence and make better choices than I did.

**Reflections**

When I moved to America, my uncle in Zhengzhou said, "I trust you Jiahui. Make sure you don't do anything you will regret." I definitely did not follow his advice.

My years at MDC-Brooklyn forced me to face the hard truth of my bad choices. I spent many days praying, meditating, and doing what I could to support other inmates. I did everything possible to use my time at MDC productively and positively. I took as many classes as I could. I completed classes on parenting, banking, financial literacy, sports, and puzzles/brain activity plus I studied psychology and astronomy. My supervisor in food service wrote a support letter based on my good work in that department.

I was thankful for the chance to take classes in the Non-Residential Drug Addiction Program. The classes helped me see that my heavy drinking and drug abuse was out of control for a long time. As I wrote earlier, I started drinking heavily when I was 13 years old. I had family members who struggled with alcoholism and addiction. I know my life would have been much better without alcohol or meth. Especially as someone with childhood trauma, I could never drink or use drugs without danger. I definitely owe my family a future of sobriety and good decision-making.

The lessons I have learned at MDC should have been obvious to me earlier in life. I should not have associated with people who I knew were involved in illegal activity. I should have stayed far away and not let bad people influence or pressure me. Additionally, I have learned that taking shortcuts in life does not pay. I should always do things the right way and not the wrong way. I will never break any laws or get involved in shady business deals again.

In the future, I want to run a small business that supports the local community by creating jobs. This way I can give my neighbors an income to support themselves and their families. Then they can put their earnings back into the local community when they spend it. This is the way it should be. Additionally, I want to marry a wise, responsible woman and start a family. Focusing on my family will help me remain on the right path and not allow me any free time to waste on negative things.

Before the court remanded me to MDC, I attended services at Harvest Church of New York in Little Neck. My new Christian brothers brought me to church and gave me emotional support. The church helped me think about the harm I caused to my victims, my family, and myself. I let them down but I have not forgotten what I have heard. I still feel the anger from my childhood trauma but I will deal with it properly through religion and therapy. Thankfully, the Gospels show the way forward even after my worst decisions. I have faith I can atone for my actions, heal my heart, then move ahead to a better future.

Your Honor, I want to tell my story to help others learn from my poor judgments and moral failings. I will volunteer my time to help the local community so that I can be selfless instead of selfish. I am committed to becoming a better person overall and never making bad choices like this again.

In closing, I am sorry for breaking the law and abusing America's financial system. I loved my time in the United States. In a short period of time, I saw Maine, Florida, New York City, Texas, and many other places. People were kind to me. I had great teachers, neighbors, and friends. My selfish choices will mean I can never return to this great country. I am very sorry and very sad about that. Of course, I am responsible for my actions and the consequences. I will serve my sentence in peace and never forget the important lessons I learned here.

As you consider the right punishment in this case, please have mercy on me.

Respectfully,


Jiahui Miao