Your honor,

This letter is in regards to Jiahui Miao. My name is Cindy Hogan and I consider Jiahui to be a part of my family. I live in Melbourne, Australia and I was Jiahui's home stay mother. If you are unfamiliar with this term, what it means is that while Jiahui was staying in Australia to attend school, he lived in my house with me and my family, which he did for three years. In those three years, I was able to see him twenty four hours a day, seven days a week, three hundred and sixty five days a year, so I think I am a pretty good judge of him. And I can say with all honesty that he was, and I believe still is, a great person and someone that I consider a great child of mine. He was always looking out for me and my immediate family and always did whatever was needed in the house. He never answered back and he never said no to us. To this day, I still consider him a son and I kept in touch with him even after he left us and went back to his family after completing school.

I am aware of exactly what Jiahui did and I am very upset at him for this. But I also know he is upset with himself and not proud of his actions. And I am sure he will never do something like this again. I hope that you will allow him to be with his family as soon as can be. He has explained to me that he wants to prove to everyone that he is done with crime and I know he will do just that. Please allow this letter to help you while you decide on his sentence length. God be with you, your honor.

Truly yours,
Cindy Hogan

1

尊敬的法官阁下：

您好！

我是赵阳，苗家辉的"损友"一枚。要是说起我俩的渊源，那故事可就长了。还记得高中那会儿，在学校食堂我俩为了抢最后一个肉包子，差点"大打出手"。他那较真的模样，眼睛瞪得圆圆的，护着包子的样子，我现在想起来都忍不住笑。不过也正是从那次"包子之争"后，我就知道，这小子看似随和，骨子里却有着一股不服输的韧劲。

高中毕业后，我留在国内，家辉去了国外留学。本以为距离会冲淡我们的友谊，没想到他的"暖心属性"在异国他乡更是发挥得淋漓尽致。有次我失恋，心情糟糕透顶，大半夜在社交平台上疯狂"发疯"，发了一堆伤感又矫情的文字。本以为会无人问津，结果没过多久，就收到了他发来的一长串消息。我点开一看，好家伙，全是他瞎编的恋爱失败案例分析，什么"错误示范之舔狗的悲惨结局""爱情三十六计之及时止损"，把我逗得破涕为笑。他还偷偷联系了我们的共同好友，让大家多陪陪我。等我心情好转后，他还调侃我："早跟你说，天涯何处无芳草，何必单恋一枝花，这下信了吧！"

得知他出事后，我整个人都傻了，嘴里不停念叨着："这怎么可能？那个天天给我们讲笑话、帮我们解决难题的家辉，怎么会和这样的事扯上关系？"后来和他聊过才知道，他是太相信所谓的"朋友"，一时轻信，才被人利用。现在的他，懊悔得不行，在电话里天天念叨着："我真是肠子都悔青了，我一定要弥补过错。"

法官阁下，苗家辉真的是个重情重义的好哥们儿，虽然平时我们总互损，但关键时刻，他绝对靠得住。这次真的只是一时失足，我相信他已经吸取了教训。希望您能给他一次重新来过的机会，让我们这群朋友，还能像以前一样，插科打诨，互相扶持，继续书写属于我们的欢乐故事。

感谢您抽空阅读这封信！

赵阳

2025 年 5 月 26 日

**2**

**[TRANSLATION BY LILLY LAU – COURT INTERPRETER]**

Dear Honorable Judge,

Greetings!

My name is Yang Zhao, and I proudly call myself one of Jiahui Miao's "troublemaking friends." If you ask about how we got to know each other—well, that's quite a story. I still remember back in high school, the two of us almost got into a "brawl" in the school cafeteria over the last meat bun. The way he stood there, eyes wide and fiercely guarding that bun, it still makes me laugh every time I think about it. But it was from that very "battle over a bun" that I realized: though Jiahui seems easygoing on the surface, at his core, there's a tenacious spirit that refuses to admit defeat.

After graduating from high school, I stayed in China while Jiahui went abroad for his studies. I thought the distance would gradually weaken our friendship, but to my surprise, his "warm-hearted nature" only became more evident in a foreign land. There was one time when I went through a breakup and was feeling absolutely miserable. In the middle of the night, I had a bit of a meltdown on social media, posting a bunch of overly sentimental and dramatic messages. I assumed no one would pay attention, but not long after, I received a flood of messages from him. I opened them and, oh boy, he had made up all these ridiculous breakup case studies just to cheer me up. Stuff like *"A Cautionary Tale: The Tragic End of a Hopeless Simp"* and *"Love Strategies 101: Knowing When to Cut Your Losses."* I couldn't help but laugh through my tears. He even secretly reached out to our mutual friends and asked them to keep me company. Once I was feeling better, he teased me and said, "Didn't I tell you? There are plenty of flowers in the world, no need to be hung up on just one. You believe me now, huh?"

When I found out something had happened to him, I was completely stunned. I kept repeating, "How is this possible? Jiahui, the one who always told us jokes and helped us solve problems—how could he be involved in something like this?" Later, when I talked to him, I found out that he had trusted those so-called "friends" too much. It was a moment of misplaced faith, and he ended up being taken advantage of. Now, he's overwhelmed with regret. On the phone, he keeps repeating, *"I'm eaten up with remorse. I really screwed up. I have to make things right."*

Your Honor, Miao Jiahui is truly a loyal and compassionate friend. Although we often tease each other in everyday life, when it really matters, he's someone you can always count on. What happened this time was a momentary lapse in judgment, and I sincerely believe he has already learned a hard lesson from it. I hope you can grant him a second chance to start over. So that our group of friends can return to the way we were: joking around, supporting each other through thick and thin, and continuing to write the joyful story we've always shared.

3

Thank you for taking the time to read this letter!

Sincerely,
Yang Zhao
May 26, 2025

Case 1:22-cr-00458-LDH    Document 368-2    Filed 10/01/25    Page 4 of 12 PageID #: 3824

4

Honorable Judge,

My name is Huijie Liu, and I am writing to humbly request leniency on behalf of Mr. Jiahui Miao, whom I have known for approximately eight years. I currently reside in New York, where I work as an independent real estate investor and operate a building materials wholesale business based in Brooklyn. Previously, I served as the President of the Dallas Chinese Chamber of Commerce, and I've spent many years supporting business and community development across both Texas and New York.

I first met Jiahui through a shared interest in real estate investment and home renovation. We connected through a community group focused on property redevelopment, and over time, we built a strong personal and professional friendship. Jiahui possesses a deep and nuanced understanding of the U.S. real estate landscape. He is not only highly knowledgeable, but also very practical—someone who can turn ideas into action.

Beyond his expertise, what has always stood out to me is Jiahui's vibrant personality. He is quick-thinking, energetic, and always brings a sense of optimism to those around him. He is the kind of person who remains cheerful even in the face of adversity, and his refusal to give up—his resilience—has truly moved me. These qualities made him not only a valuable partner in discussion, but a trusted friend.

It is deeply saddening to see Jiahui now in this difficult situation. I do not intend to diminish the seriousness of the charges, but I also feel strongly that his actions should be weighed against the person he is in full. From what I've observed over the years, Jiahui is someone with the ability—and the will—to learn from his mistakes and make genuine efforts to do better.

As a business owner and former community leader, I have witnessed many people go through hardship. I sincerely believe that Jiahui deserves a second chance. He is still young, capable, and has so much potential left to contribute positively to society. I would not hesitate to offer him my support during his rehabilitation and reintegration.

Your Honor, I respectfully urge you to consider these words as you weigh his sentencing. Thank you for your time and attention to this matter.

Respectfully,
Huijie Liu
Former President, Dallas Chinese Chamber of Commerce
Real Estate Investor & Building Materials Wholesaler
Brooklyn, New York

Your honor,

I hope this letter reaches you well. I am writing on behalf of my friend, Jiahui Miao. Jiahui has been a close friend of mine and my family for as long as I can remember. When we were in school together, Jiahui always looked out for me when others were picking on me or trying to cause me problems. Actually, that is how we met. He randomly came over to stick up for me when another student was picking on me. Jiahui didn't have to do this, he didn't even know me at the time. But he did help me, out of the goodness of his own heart. I will never forget him doing that for me as no one else wanted to get involved. This is just the kind of person that Jiahui is, and it is stories like this that show who he really is, not a criminal. He should not be judged as a person on the crime he committed because that is not how he carries himself in life. I know what he did and I am not happy about it and I will not defend it. But I have spoken to Jiahui about it and he has told me he learned his lesson and will never repeat those actions again. Knowing him as I do, I believe him. He has also told me what he has gone through at MDC Brooklyn and that has been more than enough to show him never to disrespect the laws and regulations again. I also feel that what he has been through is enough of a punishment. I worry about him and what else can happen to him in jail. I just hope he can continue his work on becoming a better person at home with his family as soon as possible. Thank you for reading my letter and I hope it helps show you more about Jiahui.

All the best,
Keith Rando

Honorable Judge,

My name is Lixin Wu, and I am writing this letter with a heavy heart on behalf of Jiahui Miao, whom I have known for nearly four years. We first met through a business opportunity involving a corporate acquisition, and our professional connection gradually developed into a meaningful friendship. I respectfully submit this letter as a personal plea for leniency in his sentencing.

During the time I've known Jiahui, I have come to deeply appreciate his intelligence, adaptability, and deep understanding of financial systems. He is someone who has always been resourceful—not just in knowledge, but in building relationships and solving problems. In multiple instances, I've seen him use his skills not for personal gain, but to create opportunities for others, including those less experienced or in need of guidance. He is naturally driven and has always shown great potential as a contributor to society and the economy.

What has happened in this case is both shocking and heartbreaking. I do not condone any wrongdoing, and I believe in the justice system. But I also believe in second chances—and in people's capacity to grow, reflect, and change. From our recent conversations, it is clear to me that Jiahui deeply regrets the consequences of his actions. He has expressed remorse—not only for his own situation, but more importantly, for the harm caused to others. That remorse is real. He is not someone who shirks responsibility. I genuinely believe he wants to make amends, and more than anything, he wants to rebuild his life in a way that is constructive and honorable.

Your Honor, Jiahui is still a young man with a future ahead of him. I ask that you consider not only the mistakes he has made, but the full picture of who he is and what he can still become. If given the chance, I am confident he will take it with humility and determination. I am willing to support him during his rehabilitation and reintegration into society.

Thank you for taking the time to read this letter. I sincerely hope my words can offer a glimpse into the person behind the case—a person who, despite his failings, has the heart and will to do better.

Respectfully,
Lixin ( Larry) Wu

Your honor,

Jiahui Miao has been a friend of mine for the past ten years. I would like to explain to you who the real Jiahui Miao is. The real Jiahui Miao is not a criminal that his terrible, regretful actions point to him being. Yes, he should pay his debt to the government for what he did but his behavior is not indicative of who he really is. The Jiahui that I know is a very caring and giving person. One that would give you the shirt off his back if you needed it.

The real Jiahui Miao is always offering to help in every situation where I needed it, even without me asking. And this is not just with me, I have seen him do the same for others who are close to him. I am not defending or overlooking his criminality but I am asking that you show leniency on Jiahui so that he can return to his loving family and his friends soon and that we can all help him on his road to redemption. Jiahui has told me that his rule breaking behavior is behind him and that he can't wait to show that to everyone and I can only hope that you allow him to do that as quickly as possible. Please take what I have told you in this letter to heart and allow it to guide you when you make your judgment regarding the amount of time that Jiahui will be serving.

Thank you for allowing me to write this letter to you. Be well, your honor.

All the best,
Samantha Greene

**8**

尊敬的美国法官：

您好！

我是张伟，现任中国天津市第一人民医院重症医学科（ICU）主治医师。怀着对法律的尊重与对人性的信任，我以个人亲历者的身份，为苗家辉先生向法庭恳请宽宥。我与苗先生素未谋面，却因2020年那场举国抗击新冠疫情的战役，结下了跨越重洋的特殊缘分。

记得那年2月底，天津的疫情防控进入最吃紧阶段。作为收治重症患者的定点医院，我们ICU的N95口罩库存一度仅剩32个，而科室里67名医护人员每天需4次更换防护装备。在物资极度匮乏的时刻，我们接到一通来自大洋彼岸的越洋电话——苗家辉先生通过在美留学生社群得知国内医院的困境，主动联系我院设备科，提出协助筹措医用防护物资。当时他刚结束餐馆兼职，凌晨三点仍在逐个拨打美国医疗供应商的电话，甚至驱车200英里前往新泽西的仓储中心协调货源。最终他在10天内募集到12000只符合ASTM Level 3 标准的 N95 口罩，并自垫运费通过联邦快递加急发往天津。这批物资抵达医院当天，我们正在为一名危重症患者进行气管插管，护士拆开包装箱时，所有人的眼眶都湿润了——包装箱里还塞着一张手写便签："给冲锋在前的白衣战士，愿平安凯旋。"

那些口罩不仅是救命的防护装备，更是照进至暗时刻的一束光。苗先生当时还是一名边工边读的留学生，每月兼职收入仅够支付房租和基础生活费，却为了筹集物资省吃俭用，甚至抵押了自己的笔记本电脑作为仓储押金。他本可以像许多留学生一样选择自保，却在祖国需要时挺身而出，展现出超越年龄的担当。我院为此专门向他颁发了'抗疫特殊贡献奖'，尽管他始终谦逊地说"这是每个中国人该做的"。

得知这样一位在疫情中勇担社会责任的年轻人卷入法律纠纷，我深感痛心。作为医者，我深知每个人都可能在复杂情境中做出错误选择，但苗先生在关键时刻展现的良知与行动力，足以证明他的本质是善良且富有责任感的。据我了解，他在被调查期间始终配合司法程序，认罪态度诚恳，这与我记忆中那个主动承担责任的少年形象高度吻合。

法官阁下，法律的威严在于惩恶，更在于扬善。苗先生在疫情中的义举，曾守护过67个家庭的希望；他的一时过失，不应掩盖其内心深处的良善。恳请法庭在量刑时，将他过往的社会贡献、当下的悔改态度以及未来回馈社会的潜力纳入考量。中国有句古话："人谁无过？过而能改，善莫大焉。"我们相信，给予这样一个曾经用行动传递温暖的年轻人重生机会，既是法律宽严相济的体现，也能让更多人相信：善意值得被珍视，错误可以被原谅。

**9**

作为曾受他帮助的医务工作者，我在此庄严承诺：若法庭给予宽大处理，我及所在医院愿意为苗先生提供必要的社会支持与监督，助力他重新融入社会，以合法方式继续践行公益初心。

感谢您在百忙之中倾听一位中国医生的心声。愿司法的天平，既能称量过错的重量，也能看见人性的光芒。

此致敬礼！

张伟 医师 中国天津市第一人民医院重症医学科

联系电话：0086-22-23123232

2025年5月23日

10

**[TRANSLATION BY LILY LAU – COURT INTERPRETER]**

Honorable Judge of the United States,

Greetings!

My name is Wei Zhang, and I am currently an attending physician in the Intensive Care Unit (ICU) at the First People's Hospital of Tianjin, China. With deep respect for the law and faith in human compassion, I write to you as someone with personal experience, to sincerely request leniency from the court on behalf of Mr. Jiahui Miao. Although I have never met Mr. Miao in person, we formed a unique bond across oceans during China's nationwide battle against the COVID-19 pandemic in 2020.

I remember that at the end of February that year, Tianjin was facing the most critical phase of its COVID-19 prevention and control efforts. As a designated hospital for treating severe cases, our ICU's stock of N95 masks had once dropped to only 32, while our 67 medical staff members needed to change protective gear four times a day. In the midst of this severe shortage of supplies, we received a transoceanic phone call from across the Pacific — Mr. Jia Hui Miao, upon learning about the plight of hospitals in China through the Chinese student community in the U.S., proactively contacted our hospital's equipment department and offered to help procure medical protective supplies. At the time, he had just finished a shift at a restaurant, and at 3 a.m., was still calling U.S. medical suppliers one by one. He even drove 200 miles to a warehouse in New Jersey to coordinate the sourcing of materials. In the end, within just 10 days, he managed to gather 12,000 ASTM Level 3–compliant N95 masks, paid for the shipping himself, and sent them via FedEx Express to Tianjin. On the day the supplies arrived at our hospital, we were performing a tracheal intubation on a critically ill patient. When the nurse opened the box, everyone had tears in their eyes — inside was a handwritten note: **"For the brave white-clad warriors on the frontlines, wishing you a safe return."**

Those masks were not only life-saving protective gear, but also a beam of light piercing through our darkest hour. At the time, Mr. Miao was still a student working part-time to support himself in the United States. His monthly income was barely enough to cover rent and basic living expenses, yet he scrimped and saved to gather the supplies, even going so far as to pawn his laptop to pay a warehouse deposit. He could have chosen, like many others oversea Chinese students, to focus on his own safety. Instead, he stepped forward when his homeland needed him most, demonstrating a sense of responsibility far beyond his years. In recognition of his efforts, our hospital awarded him a "Special Contribution Award for COVID-19 Relief," though he humbly insisted, *"This is simply what any Chinese person should do."*

Learning that such a young man, who once bravely shouldered social responsibility during the pandemic, has become involved in a legal case fills me with deep sorrow. As a medical professional, I understand all too well that anyone can make mistakes when faced with complex situations. However, the conscience and sense of responsibility Mr. Miao demonstrated at a

**11**

critical moment are clear evidence of his fundamentally kind and accountable character. To my knowledge, he has fully cooperated with the legal process during the investigation and has shown genuine remorse. This aligns closely with the image I remember: a young man who never hesitated to take responsibility when it mattered most.

Your Honor, the true dignity of the law lies not only in punishing wrongdoing, but also in upholding what is good. Mr. Miao's selfless actions during the pandemic once safeguarded the hopes of 67 families. A momentary lapse in judgment should not overshadow the deep kindness that resides in his character. I respectfully ask the Court to take into consideration his past contributions to society, his sincere remorse, and his potential to give back in the future when determining his sentence. There is a saying in Chinese: "Who among us is without fault? To recognize one's mistake and correct it is the greatest virtue." We firmly believe that offering a second chance to a young man who once brought warmth through his actions not only reflects the law's capacity to balance strictness with compassion, but also a message to society, that kindness deserves to be valued, and that mistakes, when met with genuine repentance, can be forgiven.

As a medical professional who has personally received Mr. Miao's assistance, I solemnly pledge that if the Court grants leniency, both I and the hospital I represent are willing to provide him with the necessary social support and supervision, helping him reintegrate into society and continue to pursue his original charitable intentions in a lawful manner.

Thank you for taking the time out of your busy schedule to hear the heartfelt words of a Chinese doctor. May the scales of justice weigh not only the gravity of faults but also recognize the light of humanity.

Respectfully,
Dr. Wei Zhang
Department of Critical Care Medicine
Tianjin First Central Hospital, China
Contact Number: +86-22-23123232
May 23, 2025

12