# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Jiahni Miao*

### Adult Continuing Education: *Money Values*

Instructor-led training; developed jointly by FDIC and CFPB: Money Smart For Older Adults

*L. Crosley*

L. Crosley -Teacher

**May 24th, 2024**

# Certificate of Completion

This certifies that

## JIAHUI MIAO

Completed the following class:

# The National Parenting Program: Phase One



6/28/2024
DATE

G. Matey, Special Population Coordinator

**MDC BROOKLYN**



# MDC Brooklyn Recreation Department

*This is to Certify that*

## Miao Jiahui

*Sentry Journal (Health Journal)*

*At MDC Brooklyn*

*This certificate is hereby issued this 21th day of February 2025*

**B. Bonilla**

*Recreation Specialist*

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao
*Reg. No. 26508-510*



## has satisfactorily completed

### The Maintaining Positive Change Psychology Workbook

*and is hereby awarded this certificate, this 27th day of February 2025.*

Dr. Ibrahim
Staff Psychologist



## U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate

*Jiahui Miao*

**Your Savings**

"A budget is telling your money where to go instead of wondering where it went." – John C. Maxwell

*J. Murray*

**J. Murray - Teacher**

**March 21, 2025**



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Jiahui Miao**
*Reg. No. 26508-510*

## has satisfactorily completed the

### My Individual Change Plan Workbook

*and is hereby awarded this certificate, this 7th day of April 2025.*

Dr. Alcide
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

**COLUMBIA UNIVERSITY**
IN THE CITY OF NEW YORK

We present this Certificate to

*Jiahui Miao*

*has successfully completed a mid-term*

## S.T.E.M. Seminar Series

*offered by Columbia University*

*and in testimony thereof is awarded this*

### Certificate of Completion

*Conferred in the City of New York on this Sixteenth Day of May in the year Two Thousand Twenty-Five.*




*K. Tavangar*

Kiyan Tavangar,
PhD Candidate, Department of Astronomy, Columbia University
Principal Organizer, MDC Brooklyn STEM Seminar Series



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao
Reg. No. 26508-510

## has satisfactorily completed the

### Responsible Behavior

*and is hereby awarded this certificate, this 6th day of June 2025.*

Dr. Alcide
Staff Psychologist





# NON-RESIDENTIAL DRUG ABUSE PROGRAM

## CERTIFICATE OF COMPLETION

This is to certify that

### Jiahui Miao

Register No. 26508-510

has completed
three months of weekly *Strategies for Change* non-residential drug abuse counseling.

This certificate is hereby issued this 24th day of June, 2025.

Nina Barrett, MA, CASAC
Drug Abuse Treatment Specialist
Metropolitan Detention Center, Brooklyn

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao

### Reg. No. 72793-054

## has satisfactorily completed the

### Change Plan

*and is hereby awarded this certificate, this 1st day of July 2025.*



Dr. Alcide
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao

### Reg. No. 26508-510

*has satisfactorily completed the*

## My Healthy Relationships

*and is hereby awarded this certificate, this 18th day of July 2025.*

Dr. Alcide
Staff Psychologist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao

**Reg. No. 26508-510**

*has satisfactorily completed the*

### Relationships and Personality Responsibility

*and is hereby awarded this certificate, this 21st day of July 2025.*

Dr. Alcide
Staff Psychologist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

### Jiahui Miao
**Reg. No. 26508-510**

*has satisfactorily completed the*

## My Coping Skills

and is hereby awarded this certificate, this 25th day of August 2025.



Dr. Alcide
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Jiahui Miao
**Reg. No. 26508-510**

### *has satisfactorily completed the*

## Strategies For Change

*and is hereby awarded this certificate, this 25th day of August 2025.*

Dr. Alcide
Staff Psychologist

