**Bureau of Prisons**
**Psychology Services**
**NRDAP - Administrative Note**

\*\*SENSITIVE BUT UNCLASSIFIED\*\*

| | | |
|---|---|---|
| Inmate Name: MIAO, JIAHUI | Sex: M   Facility: BRO | Reg #: 26508-510 |
| Date of Birth: ▇▇▇▇ | Provider: Barrett, N. DTS | Unit Team: 4 DETC M/W |
| Date: 03/19/2025 16:14 | | |

**Comments**

MIAO expressed interest in the Non-residential Drug Abuse Program (NR DAP) and was assessed for program admission on 03-19-2025. He was found to have problematic substance use meeting the level of NR DAP intervention and was enrolled in a recovery group scheduled to start 03-25-2025.

Completed by Barrett, N. DTS on 03/19/2025 16:15