

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BLW/MG/RSB
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2026

<u>By Email and ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Yanbing Chen
                <u>Docket No. 22-CR-458 (LDH)</u>

Dear Judge DeArcy Hall:

      The defendant Yanbing Chen was sentenced on January 7, 2026 in the above-captioned matter. The government respectfully requests the Court enter the attached proposed restitution order and Exhibit A to the restitution order. The defendant consents to this restitution amount of $17,778,222.05.

      The government respectfully requests permission to file Exhibit A to the restitution order under seal because it contains sensitive information relating to victims. See <u>United States v. Amodeo</u>, 71 F.3d 1044, 1050-52 (2d Cir. 1995) (privacy interests of third parties may be compelling reason justifying sealing).

                                Respectfully submitted,

                                  JOSEPH NOCELLA, JR.
                                United States Attorney

            By:     /s/
                    Benjamin L. Weintraub
                    Miranda Gonzalez
                    Raffaela S. Belizaire
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (LDH)
        Lance Lazzaro, Esq. (defense counsel) (without enclosure)