# CHARLES ALVAREZ, ESQ., LLC

149 Washington Street, 1st Floor │ Bloomfield, New Jersey 07003<sup>α</sup>
Telephone (973) 404-0847 │ Facsimile (551) 666-5094
www.charlesalvarezlaw.com

Charles Alvarez, Esq.[*]                                      Ivette Ramos Alvarez, Esq.[*]
Charles@charlesalvarezlaw.com                                 Ivette@charlesalvarezlaw.com

February 17, 2025

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       **Re:  United States v. Yanbin Chen**
             **Docket No. 22-CR-00458-004**

Dear Judge DeArcy Hall:

    I continue to represent Mr. Chen in the above referenced matter. This matter is currently scheduled for sentencing on March 10, 2026 at 11:00 a.m. I am currently scheduled to commence a criminal trial in the District of New Jersey, Trenton, on March 2, 2026 which is expected to take approximately two weeks. I am respectfully requesting an adjournment of this sentencing due to the conflict with this trial.

    Thank you.

Respectfully,

*Charles Alvarez*

CHARLES ALVAREZ, ESQ.


Cc: All counsel of record via ECF.

---

[α] NY office address: 563 W. 139 St., New York, NY 10031
[*] Admitted to the Bars of New York and New Jersey