BGK
F. #2021R00629

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

       - against -

JIN HUA ZHANG,
      also known as "Yulong Chen,"
      and "Yun Ye,"

                Defendant.

– – – – – – – – – – – – – – – X

**CERTIFICATE OF SERVICE**

Criminal Docket No. 22-458 (LDH)

I, Alfred Pelargu, hereby certify that on June 16, 2026, I caused to be served

Notice of Forfeiture and a copy of the Amended Preliminary Order of Forfeiture, pursuant to

21 U.S.C. § 853(n)(1) in the above-captioned action, by FedEx, (attached hereto) upon:

1. ██████████
   ████████████████
   San Antonio, Texas ███

2. ███████████
   ████████
   Staten Island, New York ████

3. ██████████
   █████████
   Staten Island, New York ████

4. █████████
   ███████
   Staten Island, New York████

5. ████████████████████████████████████████
   ██████████████



Garden City, New York

6. Staten Island, New York

Dated:   Brooklyn, New York
         June 16, 2026

                                      /s/ Alfred Pelargu
                                      Alfred Pelargu
                                      Forfeiture Support Associates
                                      Senior Law Clerk
                                      United States Attorney's Office
                                      271-A Cadman Plaza East
                                      Brooklyn, New York 11201
                                      (718) 254-6060



ORIGIN ID:EGXA          (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

TO

STATEN ISLAND NY
(718) 254-6006
INV:
PO:                        DEPT:

REF:

58KJ5/6A57/484B

FedEx.
Express

E

WED - 17 JUN 5:00P
STANDARD OVERNIGHT

TRK#
0201   8731 5981 6985

E2 LINDG          LLYA 10309
                  NY-US   EWR

PEEL HERE

Align top of FedEx Express® shipp

ORIGIN ID:EGXA    (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

TO

GARDEN CITY NY ▮▮▮▮
(718) 254-6006    REF:
INV:
PO:    DEPT:

58KJ5/6A57/484B



FedEx.
Express

WED - 17 JUN 5:00P
STANDARD OVERNIGHT

TRK#
0201    8731 5973 3610

EF ELZA    11530
NY-US    JFK

FedEx

Place a copy of the shipping documentation inside the package and write pertinent shipper/recipient details on an inner package flap. Follow steps 1–4 to adhere the pouch to the package.

© 2018

Open pre-sealed purple flap.

PEEL HERE ▼

Align top of FedEx Express® shipping




ORIGIN ID:EGXA    (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

TO

STATEN ISLAND NY
(718) 254-6006
INV:
PO:                    DEPT:

REF:

58KJ5/6A57/484B





**FedEx.**
Express

E

WED - 17 JUN 5:00P
STANDARD OVERNIGHT

TRK#
0201    8731 5950 4593

LLYA 10312

## E2 LINDG
NY-US    EWR







**FedEx**

Put a copy of your shipping
documentation inside the package
and write the shipper/recipient
details on an inner flap. Follow
steps 1–7 to attach the pouch to
the package.

1 Open the pre-sealed
purple flap.

PEEL HERE

Align top of FedEx Express shipping



ORIGIN ID:EGXA          (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

TO

STATEN ISLAND NY

(718) 254-6006
INV:
PO:                              DEPT:

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

REF:







FedEx Express

WED - 17 JUN 5:00P
STANDARD OVERNIGHT

TRK# 8731 5943 2487
0201

LLYA 10308

E2 LINDG          NY-US  EWR



**PEEL HERE ▼**

❶ Open the pre-sealed
purple flap.

Align top of FedEx Express® shippi



ORIGIN ID:EGXA        (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

TO

STATEN ISLAND NY

(718) 254-6006
INV:
PO:                              DEPT:

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

REF:

FedEx
Express

E

TRK#  8731 5931 7863
0201

WED - 17 JUN 5:00P
STANDARD OVERNIGHT

E2 LINDG

LLYA 10308

NY-US   EWR

1 Open the pre-sealed purple flap.

PEEL HERE

Align top of FedEx Express® shipping



ORIGIN ID:EGXA    (718) 254-6006
BRENDAN G. KING
UNITED STATES ATTORNEY'S OFFICE
271-A CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

TO

SHIP DATE: 16JUN26
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

SAN ANTONIO TX

(718) 254-6006
INV:                    REF:
PO:                     DEPT:





FedEx.
Express



WED - 17 JUN 5:00P
STANDARD OVERNIGHT

TRK#
0201    8731 5915 6280

XA SATA                 78245
              TX-US  SAT





Shipping Document

the package; do not
wrap it over the edge.

PEEL HERE ▼

Align top of FedEx Express® shipping


