**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:BW
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Cencheng Luo
Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

The government and counsel for the defendant Cencheng Luo are scheduled to appear before the Court on September 18, 2026 at 2:30 p.m. for a status conference in the above-referenced matter. For the reasons stated below, the parties respectfully request that the Court dismiss the indictment as to Luo and cancel the upcoming status conference.

As the Court is aware, on July 28, 2025, the government and Luo entered into a deferred prosecution agreement (the "DPA"). The defendant has fully complied with the terms of the DPA. Accordingly, attached hereto, the government submits a motion to dismiss the indictment as to Luo along with a proposed order. Should the Court grant the government's motion, the September 18, 2026 status conference will be unnecessary, as the matter will be resolved.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Benjamin Weintraub
Assistant U.S. Attorneys
(718) 254-6519

cc: Clerk of the Court (LDH) (by ECF)
Counsel of record (by ECF)