**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BLW/MG/RB
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2026

By ECF

Hon. LaShann DeArcy Hall
United States District Court
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Jin Hua Zhang, et. al.
Criminal Docket No. 22-CR-458 (LDH)

Dear Judge DeArcy Hall:

Pursuant to the Court's order dated July 28, 2026, the parties in the above-captioned matter hereby submit a joint report regarding the status of the case. The only defendants currently remaining in the case are Yanbin Chen ("Chen"), Cencheng Luo ("Luo"), Lingming Zeng ("Zeng") and Jin Hua Zhang ("Zhang").

Chen is scheduled to be sentenced on October 30, 2026. On July 30, 2026, the government filed a motion seeking to dismiss the indictment as to Luo. That motion remains pending. Zeng and Zhang have both pleaded guilty and are pending sentencing.

With respect to Luo, there is a status conference scheduled for September 18, 2026. The Speedy Trial Act clock is currently tolled as to Luo until July 30, 2026. The

government moves for an order excluding time under the Speedy Trial Act as to Luo until September 18, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Benjamin Weintraub
Miranda Gonzalez
Raffaela Belizaire
Assistant U.S. Attorney
(718) 254-7000

cc: Defense Counsel (by ECF and email)