**Donald D. duBoulay**
Attorney at Law

**305 Broadway, Suite 310**
New York, NY 10007

Telephone: (212) 966-3970
Fax: (212) 941-7108
E-mail: dondubesq@aol.com

August 11, 2026

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Chen Chen Luo
22 Cr. 458 (LDH)

Dear Judge Hall:

Chen Chen Luo does not oppose the Government's application in the above referenced matter to exclude time until September l8, 2026. It should be noted however that the Court, in an Order dated August 7, 2026 (Dkt. 438) dismissed all the charges against Mr. Luo, and he is no longer a party to the ongoing litigation.

Respectfully submitted,

_/s/ Donald duBoulay

cc: Counsel of record