# CHARLES ALVAREZ, ESQ., LLC

149 Washington Street, 1st Floor | Bloomfield, New Jersey 07003[α]
Telephone (973) 404-0847 | Facsimile (551) 666-5094
www.charlesalvarezlaw.com

Charles Alvarez, Esq.[*]
Charles@charlesalvarezlaw.com

Ivette Ramos Alvarez, Esq.[*]
Ivette@charlesalvarezlaw.com


November 9, 2026

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Yanbin Chen**
**Docket No. 22-CR-00458-004**

Dear Judge DeArcy Hall:

I represented Mr. Yanbin Chen in the above matter which was sentenced on October 30, 2026. As per your Honor's instruction, I am filing a copy of the letter Mr. Chen provided at sentencing from the MDC regarding his work performance rating at the MDC.

Thank you.

Respectfully,

*Charles Alvarez*
CHARLES ALVAREZ, ESQ.

Cc: All counsel of record via ECF.

[α] NY office address: 563 W. 139 St., New York, NY 10031
[*] Admitted to the Bars of New York and New Jersey